Richard D. McCune, State Bar No. 132124
rdm@mccunewright.com
David C. Wright, State Bar No. 177468
dcw@mccunewright.com
Steven A. Haskins, State Bar. No. 238865
sah@mccunewright.com
Mark I. Richards, State Bar No. 321252
mir@mccunewright.com
**McCune Wright Arevalo llp**
3281 Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile:  (909) 557-1275

Marcus J. Bradley, State Bar No. 174156
mbradley@bradleygrombacher.com
Kiley L. Grombacher, State Bar No. 245960
kgrombacher@bradleygrombacher.com
**Bradley/Grombacher, LLP**
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Office: 805.270.7100
Fax: 805.270.7589

*Attorneys for Plaintiff and the Putative Class*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE WONG, on behalf of himself and all others similarly situated, | Case No.:  2:19-cv-10537 |
| Plaintiffs, | **CLASS ACTION COMPLAINT** |
| v. | 1. Violations of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301, et seq. |
| AMERICAN HONDA MOTOR CO., INC., a Delaware corporation; and Does 1 through 50, inclusive, | 2. Violations of the Consumer Legal Remedies Act, Cal. Civ. Code § 1750, et seq. |
| Defendants. | 3. Violations of the California Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 |
| | 4. Violation of California False Advertising Law, Cal. Bus. & Prof. Code § 17500, et seq. |

5. Breach of Express Warranty (Based on California Law)

6. Breach of Implied Warranty (Based on California Law)

7. Common Law Fraudulent Concealment (Based on California Law)

8. Violations of the Song-Beverly Act – Breach of Implied Warranty, Cal. Civ. Code §§ 1792, 1791.1, et seq.

**DEMAND FOR JURY TRIAL**

# TABLE OF CONTENTS

*Page*

I    INTRODUCTION ..................................................................................1

II    JURISDICTION .................................................................................3

III    VENUE .............................................................................................3

IV    PARTIES ...........................................................................................4

 A.    Andre Wong .............................................................................4

 B.    Defendant Honda.....................................................................5

V    FACTUAL ALLEGATIONS .............................................................6

 A.    The Class Vehicles Suffer from a Dangerous Defect .................6

 B.    Honda's Knowledge of the Defect's Safety Implications.............6

  1.    NHTSA Consumer Complaints ....................................7

 C.    Honda Actively Concealed the Defect From Plaintiff and the Class............63

 D.    Honda's Actions Harmed Consumers and Placed Public Safety at Risk .....65

  1.    Honda's Warranty-Related Practices................................65

VI    TOLLING OF STATUTES OF LIMITATIONS.................................66

VII    CLASS ALLEGATIONS ....................................................................67

VIII    CAUSES OF ACTION.......................................................................69

 A.    Claims Brought on Behalf of the Nationwide Class ....................69

  COUNT I: VIOLATIONS OF THE MAGNUSON-MOSS WARRANTY ACT .........................................................69

 B.    Claims Brought on Behalf of the California Class .........................71

  COUNT II: VIOLATIONS OF THE CONSUMER LEGAL REMEDIES ACT ("CLRA"). .........................................71

  COUNT III: VIOLATIONS OF THE CALIFORNIA UNFAIR COMPETITION LAW .........................................................73

1

## TABLE OF CONTENTS

2

*Page*

3
COUNT IV: VIOLATION OF CALIFORNIA FALSE

4
ADVERTISING LAW ............................................................74

5
COUNT V: BREACH OF EXPRESS WARRANTY .......................76

6
COUNT VI: BREACH OF IMPLIED WARRANTY.......................77

7
COUNT VII: COMMON LAW FRAUDULENT

8
CONCEALMENT ..................................................................78

9
COUNT VIII: VIOLATIONS OF THE SONG-BEVERLY ACT –

10
BREACH OF IMPLIED WARRANTY .................................79

11
IX    PRAYER FOR RELIEF .........................................................80

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Class Action Complaint
Case No. 2:19-cv-10537

## CLASS ACTION COMPLAINT

Plaintiff ANDRE WONG, an individual ("Plaintiff"), on behalf of himself and a class of other similarly situated individuals, complains of and alleges the following causes of action against Defendants AMERICAN HONDA MOTOR CO., INC., ("Honda") a California Corporation; and DOES 1 through 50, inclusive, as follows:

## I    INTRODUCTION

1.      This Complaint seeks damages against Honda for breach of the manufacturer's warranty and for unfair or deceptive acts or practices pertaining to Honda's design and manufacture of 2016-2018 model Honda Civics (the "Class Vehicles").

2.      Plaintiff is informed and believes, and thereon alleges, that Honda and Does 1 through 50, manufacture and sell the Class Vehicles throughout the United States, including within the State of California.

3.      The Class Vehicles contain a significant design and/or manufacturing defect that causes a vehicle's air conditioning system to malfunction and stop working while it is in operation (the "Defect").  Plaintiff is informed and believes, and thereon alleges, that Honda defectively designed and/or manufactured each vehicle's air conditioning condenser unit, and thus the Class Vehicles' air conditioning systems fail to operate as intended.  Plaintiff is informed and believes, and thereon alleges, that the Defect directly affects Plaintiff's use, enjoyment, safety, and value of the Class Vehicles.

4.      Significantly, the Defect's presence poses a safety risk to the operator and passengers of the Class Vehicles.  The lack of a functioning air conditioning system— including the lack of working climate control and defroster controls—can cause health dangers that expose the driver and occupants of the Class Vehicles to an increased risk of injury or death. As discussed further herein, numerous owners and lessees of the Class Vehicles have experienced the same malfunction with their air conditioning systems while operating the Class Vehicles, thus placing themselves and those around them in

immediate danger, and risking the health and safety of the Class Vehicles' purchasers and other riders.

5.     Not only did Honda actively conceal the fact that particular components of the Class Vehicles' air conditioning system are prone to failure, it further withheld knowledge that the Defect's existence would diminish the Class Vehicles' intrinsic and resale value by creating the safety and comfort concerns described herein.

6.     Honda has long been aware of the Defect but routinely refuses to repair the Class Vehicles without charge. Indeed, in many cases Honda has even refused to disclose the Defect's existence when owners or lessees present for service Class Vehicles with symptoms consistent with the Defect, instead recommending costly repairs, sometimes to non-defective parts of the affected vehicle.

7.     Many other owners and lessees of the Class Vehicles have communicated with Honda and/or its agents to request that they remedy and/or address the Defect and/or resultant damage at no expense. Honda has routinely failed to do so even within the warranty period.

8.     While Honda has apparently extended its warranty to repair the Defect, it has not offered to reimburse Plaintiff for his out-of-pocket expenses incurred to repair the defect, nor has it offered to recompense Plaintiff for the damage the Defect has caused to the intrinsic value of the Class Vehicles.

9.     As a result of Honda's unfair, deceptive, and/or fraudulent business practices, owners and/or lessees of the Class Vehicles, including Plaintiff, have suffered an ascertainable loss of money and/or property and/or loss in value. Honda further conducted the unfair and deceptive trade practices described herein in a manner giving rise to substantial aggravating circumstances.

10.     Had Plaintiff and other Class Members known of the Defect at the time of purchase or lease, they would not have bought or leased the Class Vehicles, or would have paid substantially less for them.

Class Action Complaint
Case No. 2:19-cv-10537

11.     As a result of the defect and the monetary costs associated with attempting to repair the Defect, Plaintiff and the Class Members have suffered injury in fact, incurred damages, and have otherwise been harmed by Honda's conduct.

12.     Accordingly, Plaintiff brings this action to redress Honda's violations of the consumer protection statutes, and also seek recovery for Honda's breach of express warranty, breach of implied warranty, breach of the duty of good faith and fair dealing, and common law fraudulent concealment.

## II      JURISDICTION

13.     This Court has subject matter jurisdiction of this action pursuant to 28 U.S.C. § 1332 of the Class Action Fairness Act of 2005 because: (i) there are 100 or more Class members, (ii) there is an aggregate amount in controversy exceeding $5,000,000, exclusive of interest and costs, and (iii) there is minimal diversity because at least one member of the class of plaintiffs and one defendant are citizens of different States. This court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367.

14.     This Court has specific personal jurisdiction over Honda because it is registered to conduct business in California, has purposefully availed itself of the benefits and protections of California by continuously and systematically conducting substantial business in this judicial district, directing advertising and marketing materials to districts within California, and intentionally and purposefully placing Class Vehicles into the stream of commerce within the districts of California and throughout the United States with the expectation and intent that consumers would purchase them.  Moreover, Plaintiff's causes of action all arise out of Honda's contacts with the State of California.

## III     VENUE

15.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 because Honda transacts business in this District, is subject to personal jurisdiction in this District, and therefore is deemed to be a citizen of this District. Additionally, there are one or more authorized Honda dealers within this District, Honda has advertised in this District,

-3-

and Honda has received substantial revenue and profits from its sales and/or leasing of Class Vehicles in this District; therefore, a substantial and material part of the events and/or omissions giving rise to the claims occurred within this District.

## IV    PARTIES

### A.    Andre Wong

16.    Plaintiff Andre Wong is a citizen and resident of the City of West Covina in Los Angeles County, California.

17.    Plaintiff owns a 2016 Honda Civic (for the purposes of this section "the Vehicle"), which he purchased new from Norm Reeves Honda Superstore—an authorized Honda dealership located in West Covina.

18.    Plaintiff uses the Vehicle for personal, family, and/or household uses.

19.    Prior to purchasing the Vehicle, Plaintiff reviewed the sticker Honda placed on the window. The window sticker advertised the Vehicle's various features (such as the price, specifications, gas mileage, equipment and warranty details and crash test ratings) and Plaintiff relied on the advertisements contained within the window sticker when deciding to purchase the Vehicle. The window sticker did not disclose that the Vehicle possessed any defects.

20.    Neither Defendant, nor any of its agents, dealers, or other representatives informed Plaintiff of the Defect's existence prior to, or any time after, his purchase.

21.    Plaintiff has brought the Vehicle to Norm Reeves Honda Superstore on several occasions within a period of three years, each time requesting correction of the Defect.  In each case, technicians have attempted repairs but failed to resolve the problem.  On each occasion, Honda has failed to provide an adequate remedy to the air conditioning system failures Plaintiff has experienced, denied the Defect's existence, and has either refused, or been unable, to repair the Vehicle while under warranty.

22.    On August 8, 2016, with the Vehicle's mileage at 6,325, and while within the warranty period, Plaintiff brought the Vehicle to Norm Reeves Honda Superstore and reported that the air conditioning system would take a long time to start blowing cool air.

-4-

Plaintiff also reported that the air conditioning system inadequately cooled the Vehicle. The Norm Reeves service department recovered and recharged the Vehicle's air conditioning system.

23.    On July 6, 2017, with the Vehicle's mileage at 25,397, Plaintiff again brought it to Norm Reeves Honda Superstore.  He repeated that the air conditioning system was not working, and that the problem was the same as when he purchased the Vehicle.  The Norm Reeves service department recovered the system's refrigerant, and performed a leak/moisture evacuation test.  When the test passed, the service department recharged the system and reported that the system was "operating as designed."

24.    On September 6, 2019, with the Vehicle's mileage at 68,702, and outside Honda's limited warranty period, Plaintiff again took the automobile into Norm Reeves Honda Superstore for servicing.  Plaintiff stated that the air conditioning system was blowing hot air from the driver-side air conditioning vents.  This time, the Service Department recommended prohibitively expensive repairs.  Plaintiff was left with no explanation or method of recourse to address the Defect.

25.    Plaintiff has suffered an ascertainable loss as a result of Honda's omissions and/or misrepresentations associated with the Defect, including, but not limited to, out-of-pocket losses, diminished value to the Vehicle, and other consequential damages.

**B.    Defendant Honda**

26.    Honda is a corporation doing business in all 50 states and the District of Columbia and is organized under the laws of the State of Delaware, with its principal place of business in Torrance, California.

27.    At all times relevant to this action, Honda manufactured, sold, and warranted the Class Vehicles throughout the United States. Honda and/or its agents, divisions, or subsidiaries designed, manufactured, and installed the air conditioning system on the Class Vehicles.

28.    The true names and capacities of the Defendants sued herein as DOES 1 through 10, inclusive, are currently unknown to Plaintiff, who therefore sues such

-5-

Defendants by such fictitious names. Each Defendant designated herein as a DOE is legally responsible in some manner for the unlawful acts referred to herein. Plaintiff will seek leave of Court to amend this Complaint to reflect the true names and capacities of any Defendants designated herein as DOES when such identities become known.

29.    Based upon information and belief, Plaintiff alleges that at all times mentioned herein, each and every Defendant was acting as an agent and/or employee of each of the other Defendants, and at all times mentioned was acting within the course and scope of said agency and/or employment with the full knowledge, permission, and consent of each of the other Defendants. In addition, each of the acts and/or omissions of each Defendant alleged herein were made known to, and ratified by, each of the other Defendant.

## V    FACTUAL ALLEGATIONS

### A.    The Class Vehicles Suffer from a Dangerous Defect

30.    The Class Vehicles suffer from one or more defects in their air conditioning systems, causing the system first to fail to cool the vehicle, then causing the vehicle's air conditioning compressor to rupture and leak.  The Defect not only results in a loss of vehicle comfort, it decreases the health and safety of drivers and passengers in the Class Vehicles.

31.    Plaintiffs and numerous Class Vehicle owners and lessees have reported that the Defect causes uncomfortably hot temperatures within their vehicles, often to the extent that such temperatures become unsafe for further driving.  The Defect further creates undue safety hazards by increasing the potential for unsafe windshield fogging and other hazards in foggy and/or inclement weather.

### B.    Honda's Knowledge of the Defect's Safety Implications

32.    One of the most important sources of field data regarding this issue is the National Highway Traffic Safety Administration's Consumer Complaint Database.  This publicly available database contains all motor vehicle-related consumer complaints submitted to NHTSA since January 2000.  Consumers submit what is called a "Vehicle

-6-

Owner Questionnaire" in which they asked to provide information that includes, the make, model, and model year of the vehicle, the approximate incident date, the mileage at which the incident occurred, whether the incident involved a crash or a fire, whether any persons were injured or killed in the incident, the speed of the vehicle at the time of the incident, and a description of the incident along with a description of the vehicle components they believe were involved in the incident.  The majority of consumer complaints are submitted online at www.safercar.gov where consumers can input this information directly into the database through their computer.  They can also submit complaints by telephone through the Auto Safety Hotline, through submitting a paper Vehicle Owner Questionnaire form, and by mailing consumer letters to NHTSA.  This information is then entered into NHTSA's ARTEMIS database where it can be searched and reviewed by the general public and vehicle manufacturers alike, by make, model, model year, and component.  NHTSA promotes this database as a valuable consumer information tool.

33.  From September 2, 2016, through November 26, 2019, 57 consumer complaints have been submitted to NHTSA describing the Defect, in many cases on repeated occasions.

**1.** **NHTSA Consumer Complaints**

34.  The following are the consumer complaints submitted to NHTSA regarding the Defect in the Class Vehicles: [1]

November 26, 2019 **NHTSA ID NUMBER: 11282372**

**Components: ENGINE**

**NHTSA ID Number:** 11282372

**Incident Date** November 15, 2018

---

[1] The foregoing complaints are reproduced as they appear on the NHTSA website. Any typographical errors are attributable to the original author of the complaint.  Emphasis added to original text is denoted by bold and underlining.

-7-

Class Action Complaint
Case No. 2:19-cv-10537

**Consumer Location** ALHAMBRA, CA

**Vehicle Identification Number** 2HGFC2F7XGH****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

I HAVE A HONDA CIVIC 2016 AND MY AC WAS NOT WORKING SINCE LAST YEAR 2018. I TOOK MY CAR TO THE DEALER SHIP AND BEING TOLD THAT I NEED TO PAY $295 FOR THE DIAGNOSIS WHICH I REFUSED TO DO IT. I DID SOME RESEARCH TO SEE IF ANYONE HAS THE SAME PROBLEM AND YESS THEY DO AND A LOT. I TOOK MY CAR TO THE DEALER SHIP TODAY AFTER I GOT RECALLED LETTER FOR THE CONDENSER. AFTER 6 HRS, THEY CALLED ME AND TOLD ME THAT MY CONDENSER IS GOOD, BUT MY COMPRESSOR IS NOT AND THE REPAIR FEE WILL BE UP TO $1200. IF I REFUSE TO FIX IT, I STILL NEED TO PAY $395 FOR THE DIAGNOSIS FEE WHICH IS STUPID. I LOOKED IT UP AGAIN AND HAD READ A LOT OF COMPLAINT ABOUT THE COMPRESSOR. I AM PAYING OFF MY CAR WHICH I OWN FOR ALMOST 4 YEARS AND NOW EVERYTHING IS ALREADY BROKEN. THIS IS MY FIRST HONDA CAR AND I REGRET THAT I CHOSE HONDA. I HOPE HONDA DO SOME RESEARCH AND READ ABOUT PEOPLE COMPLAINT AND DO SOMETHING ABOUT IT. NEVER BUY HONDA AGAIN.

**1 Affected Product**

    a.   <u>Vehicle</u>

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| HONDA | CIVIC | 2016 |

Class Action Complaint
Case No. 2:19-cv-10537

November 14, 2019 **NHTSA ID NUMBER: 11279983**

**Components: UNKNOWN OR OTHER**

**NHTSA ID Number:** 11279983

**Incident Date** November 14, 2019

**Consumer Location** WESTON, FL

**Vehicle Identification Number** 19XFC2F59GE****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

RECEIVED A LETTER FROM HONDA ABOUT A/C CONDENSER LEAKS. TOOK IT TO THE DEALERSHIP, SAID THAT CONDENSER IS FINE THAT IS THE COMPRESSOR THAT IS LEAKING. TOTAL JOB COST IS OVER $1200. CALLED HONDA, SAID THAT COMPRESSOR IS NOT COVERED IN WARRANTY EXTENSION.

**1 Affected Product**

    a.    <u>Vehicle</u>

| MAKE | MODEL | YEAR |
|------|-------|------|
| HONDA | CIVIC | 2016 |

-9-

Class Action Complaint
Case No. 2:19-cv-10537

November 4, 2019 **NHTSA ID NUMBER: 11277849**

**Components: UNKNOWN OR OTHER**

**NHTSA ID Number:** 11277849

**Incident Date** September 2, 2019

**Consumer Location** MESA, AZ

**Vehicle Identification Number** 19XFC2F71GE****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

I BOUGHT A 2016 HONDA CIVIC BRAND NEW. IT HAS 32000 MILES ON IT. THE AC QUIT WORKING IN SEPTEMBER THIS YEAR. SUMMER TEMPERATURES REACH WELL ABOVE 110 F IN MESA, AZ. AFTER SPENDING ONE WEEK IN A RENTAL CAR AND 300 DOLLARS, FINALLY GOT MY CAR BACK. MY AC WORKED ONLY FOR ONE MONTH AND NOW IS BLOWING MOSTLY HOT AIR. I AM VERY CONCERNED THAT THE DEALER IS GOING TO SAY THAT MY GUARANTEE IS EXPIRED THIS TIME. MAYBE A CLASS ACTION LAW SUIT IS NEEDED BEFORE A SERIOUS HEAT STROKE KILLS SOMEBODY.

**1 Affected Product**

a.   **Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| HONDA | CIVIC | 2016 |

-10-

Class Action Complaint
Case No. 2:19-cv-10537

October 17, 2019 **NHTSA ID NUMBER: 11269131**
**Components: UNKNOWN OR OTHER**
**NHTSA ID Number:** 11269131

**Incident Date** October 1, 2019

**Consumer Location** RICHMOND, VA

**Vehicle Identification Number** 19XFC2F71GE****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

REPORTS FURTHER ALLEGE THAT THE MALFUNCTION IN THE CIVIC A/C CONDENSERS, COMPRESSORS CREATE RISKS FOR DAMAGE TO OTHER COMPONENTS IN THE VEHICLES? SYSTEMS AND REFRIGERANT LEAKING WHICH IS DEFINITELY NOT GOOD FOR THE ENVIRONMENT.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| HONDA | CIVIC | 2016 |

October 4, 2019 **NHTSA ID NUMBER: 11266042**
**Components: UNKNOWN OR OTHER**
**NHTSA ID Number:** 11266042

**Incident Date** October 1, 2019

Class Action Complaint
Case No. 2:19-cv-10537

**Consumer Location** RICHMOND, VA

**Vehicle Identification Number** 19XFC2F71GE****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0
THE AIR CONDITIONING BLOWS HOT AIR.

**1 Affected Product**
Vehicle

| MAKE | MODEL | YEAR |
|------|-------|------|
| HONDA | CIVIC | 2016 |

October 2, 2019 **NHTSA ID NUMBER: 11265729**
**Components: UNKNOWN OR OTHER**
**NHTSA ID Number:** 11265729

**Incident Date** September 30, 2019

**Consumer Location** LAKE SAINT LOUIS, MO

**Vehicle Identification Number** 19XFC1F74GE****

**Summary of Complaint**

**CRASH**No

**FIRE**No

-12-

**INJURIES0**

**DEATHS0**

THE AIR CONDITIONING COMPRESSOR STOPPED WORKING. THERE WAS A LEAK IN THE COMPRESSOR.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| HONDA | CIVIC | 2016 |

September 23, 2019 **NHTSA ID NUMBER: 11257348**
**Components: UNKNOWN OR OTHER**
**NHTSA ID Number:** 11257348

**Incident Date** September 21, 2019

**Consumer Location** GRANITE FALLS, NC

**Vehicle Identification Number** 19XFC2F53GE****

**Summary of Complaint**

**CRASHNo**

**FIRENo**

**INJURIES0**

**DEATHS0**

AC COMPRESSOR IS LEAKING AT 26,000 MILES. AT HONDA DEALERSHIP NOW. HONDA DEALERSHIP HAS BEEN ADVISED THEY CANNOT EVEN ORDER REPLACEMENT PARTS TO REPAIR AT THIS TIME DUE TO HONDA HAVING A HOLD ON THEM. COMPRESSOR IS DEFECTIVE AND SHOULD BE REPLACED/RECALLED BY HONDA.

**1 Affected Product**

## Vehicle

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| HONDA | CIVIC | 2016 |

September 17, 2019 **NHTSA ID NUMBER: 11256271**
**Components: UNKNOWN OR OTHER**

**NHTSA ID Number:** 11256271

**Incident Date** July 1, 2019

**Consumer Location** LA HABRA, CA

**Vehicle Identification Number** 2HGFC1F96GH****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

A/C SYSTEM BECAME NON FUNCTIONAL AT 41,000 MILES. OBVIOUSLY JUST OUT OF WARRANTY. BEEN READING ALL OVER THE INTERNET ABOUT THE DEFECTIVE A/C SYSTEM IN THE 2016 HONDA CIVIC. I FIND IT HARD TO BELIEVE THAT HONDA HASN'T ISSUED A RECALL OR THERE HASN'T BEEN ANY CLASS ACTION LAWSUITS REGARDING THIS SERIOUS DESIGN FLAW THAT HONDA IS WELL AWARE OF. SINCE I OWE LESS ON THIS CAR THAN WHAT THE REPAIRS WILL COST, I'M PLANNING ON TRADING IT IN FOR A 2020 HATCHBACK VERSION AND HOPE THAT THIS DEFECT HAS BEEN CORRECTED WITH THE NEWER MODELS.

**1 Affected Product**
**Vehicle**

-14-

| MAKE | MODEL | YEAR |
|------|-------|------|
| HONDA | CIVIC | 2016 |

September 16, 2019 **NHTSA ID NUMBER: 11255665**
**Components: UNKNOWN OR OTHER**

**NHTSA ID Number:** 11255665

**Incident Date** August 12, 2019

**Consumer Location** ATWATER, CA

**Vehicle Identification Number** 2HGFC2F57GH****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

AC COMPONENT ON MY HONDA CIVIC NOT WORKING PROPERLY. THIS IS AN ISSUE AS I HAVE DONE THE RESEARCH AND SEEN THAT THERE ARE MANY WITH THE SAME YEAR AND MODEL AS MINE THAT ARE EXPERIENCING BAD AC QUALITY. MY AC WILL BE COLD ON THE PASSENGER SIDE BUT HOT ON THE DRIVER SIDE. I AM LOOKING TO SEE IF THERE IS A RECALL SINCE HONDA HAS BEEN MADE AWARE OF THE ISSUE AND HAS NOW ACKNOWLEDGED IT COULD BE FAILURE ON THEIR PART. I BOUGHT MY CAR USED WITH ONLY $35,000 MILES, IT WORKED FIND UNTIL IT HIT $38,000 AND THEN IT HAS STARTED TO GET HOT IN THE CAR.

**1 Affected Product**
**Vehicle**

-15-

| MAKE | MODEL | YEAR |
|------|-------|------|
| HONDA | CIVIC | 2016 |

September 8, 2019 **NHTSA ID NUMBER: 11253940**
**Components: UNKNOWN OR OTHER**

**NHTSA ID Number:** 11253940

**Incident Date** March 5, 2018

**Consumer Location** WINTER SPRINGS, FL

**Vehicle Identification Number** 19XFC2F50GE****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

CAR HAS 19800 MILES. THIS MONDAY WILL BE THE 4TH TIME I WILL BE AT DEALER BECAUSE THE A/C IS ONCE AGAIN BLOWING WARM AIR. AFTER THE 3RD TIME I SWITCHED DEALERS. THEY REPLACED THE LINES AND THAT WAS SHORT LIVED. JUST BEFORE THE WARRANTY ENDED I PURCHASED AN EXTENDED WARRANTY FOR $1500. I LIVE IN FLORIDA AND THIS HAS BEEN A NIGHTMARE. EACH TIME IT TAKES 3.5 HRS. TO RUN A DIAGNOSTIC. CORPORATE SUPPOSEDLY KNOWS OF THE PROBLEMS. NOTHING IS BEING DONE. DO A SEARCH ON GOOGLE ON THIS CAR WITH A/C PROBLEMS AND THERE ARE MANY, MANY COMPLAINTS

**1 Affected Product**
**Vehicle**

Class Action Complaint
Case No. 2:19-cv-10537

| MAKE | MODEL | YEAR |
|---|---|---|
| HONDA | CIVIC | 2016 |

September 7, 2019 **NHTSA ID NUMBER: 11253769**
**Components: UNKNOWN OR OTHER**

**NHTSA ID Number:** 11253769

**Incident Date** September 5, 2019

**Consumer Location** PROSPERITY, PA

**Vehicle Identification Number** 19XFC2F59GE****

**Summary of Complaint**

**CRASHNo**

**FIRENo**

**INJURIES0**

**DEATHS0**

THE AIR CONDITIONING SYSTEM IN MY CAR STARTED TO BLOW HOT AIR
ON THE DRIVER'S SIDE WHILE REMAINING COOL ON PASSENGER SIDE. I
TOOK IT THE DEALER WHERE I BOUGHT THE CAR AND WAS TOLD THAT
THE CONDENSER HAD A LEAK WHICH WAS CAUSED BY A ROCK OR
ROCKS. I WAS TOLD THAT ALTHOUGH THERE IS A 10 YEAR WARRANTY
ON THE CONDENSER IT DOESN'T APPLY BECAUSE THE PART DIDN'T FAIL,
IT WAS DUE TO ROAD DEBRIS. THIS IS DESPITE THE FACT THAT THE
FRONT OF THIS MODEL OF HONDA IS COMPLETELY OPEN UNDER THE
BUMPER EASILY ALLOWING SMALL ROCKS AND BUGS TO ENTER AND BE
EMBEDDED IN THE CONDENSER. I WAS TOLD THAT THE COMPRESSOR
"BLEW UP" BECAUSE IT WAS STILL RUNNING WITH LOW FREON AND
WOULD NOT BE COVERED EITHER. THIS IS DESPITE THE FACT THAT THE
VEHICLE SHOULD HAVE A LOW PRESSURE SWITCH WHICH SHUTS OFF
THE COMPRESSOR WHEN THERE IS LOW FREON TO PREVENT THIS TYPE

-17-

OF DAMAGE. I WAS TOLD THE COST OF REPAIRS WOULD BE $1854. THE SERVICE MANAGER HAS NOT RETURNED MY MULTIPLE CALLS TO DISCUSS MY CONCERNS ABOUT THE VEHICLE. I HAVE HAD ALL OF MY SERVICE DONE AT THE DEALERSHIP AND WHEN THIS STARTED BECOMING AN ISSUE LAST YEAR I WOULD HAVE THOUGHT HONDA WOULD ADDRESS IT AND LET CONSUMERS KNOW WHAT STEPS COULD BE TAKEN TO PREVENT THE DAMAGE - IF THAT IS WHAT CAUSED THE CONDENSER TO FAIL. AS OTHER COMPLAINTANTS HAVE NOTED THIS IS AN ISSUE FOR CLEARING THE WINDSHIELD IN RAINY WEATHER, I HAVE ALREADY EXPERIENCED THAT PROBLEM AND IT IS AN ISSUE IN HOT WEATHER ESPECIALLY FOR PEOPLE WITH DISABILITIES AFFECTED BY HOT WEATHER, THE ELDERLY AND CHILDREN. I CAN PROVIDE THE DEALER ESTIMATE AND PICTURES OF THE CAR'S FRONT AND CONDENSER IF THAT WOULD BE HELPFUL.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| HONDA | CIVIC | 2016 |

August 28, 2019 **NHTSA ID NUMBER: 11252005**
**Components: UNKNOWN OR OTHER**
**NHTSA ID Number:** 11252005

**Incident Date** June 23, 2019

**Consumer Location** INDIAN HEAD PARK, IL

**Vehicle Identification Number** 19XFC2F5XGE****

**Summary of Complaint**

**CRASH**No

**FIRE**No

-18-

**INJURIES0**

**DEATHS0**

A/C STARTED BLOWING HOT AIR AROUND 40,000 MILES. TOOK IT TO THE DEALER WHO REFUSED TO PERFORM A DIAGNOSIS BECAUSE THE PARTS ARE ON A NATIONAL BACK ORDER. THIS IS VERY UNSAFE IN THE SUMMER TO DRIVE A 7 YEAR OLD AND INFANT WITHOUT A/C. I'M CONSIDERING TRADING IT IN FOR SOMETHING OLDER AND WITHOUT THIS NEW A/C SYSTEM.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| HONDA | CIVIC | 2016 |

August 15, 2019 **NHTSA ID NUMBER: 11244197**
**Components: UNKNOWN OR OTHER**

**NHTSA ID Number:** 11244197

**Incident Date** July 20, 2019

**Consumer Location** FREMONT, CA

**Vehicle Identification Number** 19XFC2F75GE****

**Summary of Complaint**

**CRASHNo**

**FIRENo**

**INJURIES0**

**DEATHS0**

A/C COMPRESSOR FAILURE.

**1 Affected Product**

| Vehicle | | |
| --- | --- | --- |
| **MAKE** | **MODEL** | **YEAR** |
| HONDA | CIVIC | 2016 |

<span style="color:blue">August 11, 2019 **NHTSA ID NUMBER: 11243119**
**Components: UNKNOWN OR OTHER**</span>

**NHTSA ID Number:** 11243119

**Incident Date** June 1, 2019

**Consumer Location** MONROVIA, CA

**Vehicle Identification Number** 2HGFC1F34GH****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

AC IS NOT BLOWING COLD AIR. MY MECHANIC SAYS THAT THE AC COMPRESSOR SYSTEM IS LEAKING AND WOULD NEED TO BE REPLACED. MY CAR IS AT AROUND 38000 MILES AND IT HAS BEEN LESS THAN 3 YEARS SINCE I BOUGHT IT. THIS IS COMPLETELY UNACCEPTABLE AND ABSOLUTELY UNBEARABLE DURING THE SUMMER.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| HONDA | CIVIC | 2016 |

August 8, 2019 **NHTSA ID NUMBER: 11242451**
**Components: UNKNOWN OR OTHER**
**NHTSA ID Number:** 11242451

**Incident Date** August 1, 2019

**Consumer Location** BROOKLYN, NY

**Vehicle Identification Number** 19XFC2F79GE****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

MY VEHICLES JUST PAST 3 YEAR PERIOD AND AIR CONDITIONER IS BLOWING HOT AIR. TOOK TO DEALER AND THEY SAY LOW ON FEON AND NEEDED RECHARGE BECAUSE ONLY SEEING 120KG OUT OF 420KG GAS. MUST HAVE LEAK SOMEWHERE.ALL MY PERVIOUS CAR I HAD HAVE NO ISSUE W/ LOST OF FEON. SOMETHING IS GOING ON AND DEALER IS NOT TELLING ME.

**1 Affected Product**
**Vehicle**

-21-

| MAKE | MODEL | YEAR |
|---|---|---|
| HONDA | CIVIC | 2016 |

August 5, 2019 **NHTSA ID NUMBER: 11241835**
**Components: UNKNOWN OR OTHER**
**NHTSA ID Number:** 11241835

**Incident Date** March 6, 2019

**Consumer Location** DULUTH, MN

**Vehicle Identification Number** 19XFC2F58GE****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0
A/C WENT OUT AT 24,000 MILES- THIS IS A HUGE SAFETY HAZARD,
ESPECIALLY WITH ALL BLACK INTERIOR. TOOK VEHICLE IN TO DEALER
AND WAS TOLD SOMETHING PUNCTURED THE A/C COMPRESSOR, VERY
LIKELY A SMALL ROCK BOUNCED UP AND HIT IT. CALLED HONDA AND
WAS TOLD BECAUSE THE MECHANIC SAID IT WAS AN OUTSIDE OBJECT
THAT CAUSED IT, THEY WOULD NOT COVER IT. VEHICLE HASN'T BEEN
DRIVEN ANYWHERE OTHER THAN ESTABLISHED ROADS. HONDA REP WAS
EXTREMELY RUDE AND ARGUMENTATIVE. ASKED FOR A SUPERVISOR
AND WAS TOLD "I AM THE SUPERVISOR, THERE'S NO ONE ELSE YOU CAN
SPEAK TO." RESEARCHED VERBATIM WHAT WAS TOLD TO ME BY THE
MECHANIC AND THERE ARE THOUSANDS OF PEOPLE HAVING THE SAME
ISSUE. CLEARLY A FAULTY DESIGN/DESIGN FLAW ON HONDA'S PART.
COULD BE OVER A GRAND TO FIX. THERE ARE ALSO NUMEROUS

-22-

VEHICLES BEING TRADED IN TO THE DEALERSHIP WITH THE SAME ISSUE, SOME AT 12,000 MILES.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| HONDA | CIVIC | 2016 |

July 22, 2019 **NHTSA ID NUMBER: 11233747**
**Components: UNKNOWN OR OTHER**
**NHTSA ID Number:** 11233747

**Incident Date** February 28, 2019

**Consumer Location** GERMANTOWN, MD

**Vehicle Identification Number** N/A

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

CAR A/C JUST BLOWING WARM/HOT AIR, NEVER GETS COLD AND ITS BEEN 100F WITH A HEAT INDEX OF 115F. CAR IS JUST OUT OF WARRANTY. HONDA IS REFUSING TO ADMIT THERE IS A PROBLEM AND WILL NOT RECALL DESPITE ALL THE COMPLAINTS ONLINE AND IN FORUMS.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| HONDA | CIVIC | 2016 |

July 20, 2019 **NHTSA ID NUMBER: 11233594**

**Components: STRUCTURE, ENGINE**

**NHTSA ID Number:** 11233594

**Incident Date** July 20, 2019

**Consumer Location** JERSEY CITY, NJ

**Vehicle Identification Number** 19XFC1F37GE****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

MY 2016 HONDA CIVIC EX-T WAS PURCHASED BRAND NEW ON 2016. IN LESS THAN 40,000 MILES, MY AIR CONDITIONING UNIT BLOWS HOT AIR. IT IS CURRENTLY IN THE SHOP REPLACING THE AC UNIT. THEY SAID THERE WAS A LEAK AND I AM SURE REFRIGERANT IS NOT A SAFE CHEMICAL TO BE LEAKING OUT IN THE ENVIRONMENT.

**1 Affected Product**

Class Action Complaint
Case No. 2:19-cv-10537

### b.    Vehicle

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| HONDA | CIVIC | 2016 |

July 18, 2019 **NHTSA ID NUMBER: 11233064**
**Components: UNKNOWN OR OTHER**

**NHTSA ID Number:** 11233064

**Incident Date** July 17, 2019

**Consumer Location** ELLICOTT CITY, MD

**Vehicle Identification Number** 2HGFC2F75GH****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0
A/C IS GONE WHILE THE CAR ONLY HAS 30K MILES ON IT.

IT JUST HAPPENED ACTUALLY NOT TOO LONG AFTER THE WARRANTY EXPIRED. AS PER DEALER COMPRESSOR, CONDENSOR NEED TO REPLACE DEALER GAVE THE REPAIR COST FOR US $ 2150.00, AS I UNDERSTAND FROM INTERNET THERE ARE SO MANY VEHICLES HAVE SAME ISSUE WHAT I HAVE.

**1 Affected Product**
**Vehicle**

Class Action Complaint
Case No. 2:19-cv-10537

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| HONDA | CIVIC | 2016 |

July 17, 2019 **NHTSA ID NUMBER: 11232634**
**Components: UNKNOWN OR OTHER**
**NHTSA ID Number:** 11232634

**Incident Date** April 2, 2019

**Consumer Location** SOUTH GATE, CA

**Vehicle Identification Number** 19XFC2F76GE****

**Summary of Complaint**

**CRASHNo**

**FIRENo**

**INJURIES0**

**DEATHS0**
AC STOPED WORKING IN 90 DEGREE WEATHER THIS IS A SAFELY ISSUE
ESPECIALLY WITH YOUNG CHILDREN OR THE ELDERLY

**1 Affected Product**
Vehicle

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| HONDA | CIVIC | 2016 |

-26-

July 16, 2019 **NHTSA ID NUMBER: 11232445**

**Components: ELECTRICAL SYSTEM, VISIBILITY**

**NHTSA ID Number:** 11232445

**Incident Date** July 14, 2019

**Consumer Location** ODENTON, MD

**Vehicle Identification Number** 19XFC2F55GE****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

TL* THE CONTACT OWNS A 2016 HONDA CIVIC. THE CONTACT STATED THAT THE AIR CONDITIONER WAS BLOWING HOT AIR. THE CONTACT DROVE THE VEHICLE TO BROWNS HONDA CITY (7160 RITCHIE HWY, GLEN BURNIE, MD 21061, (410) 553-8014) WHERE IT WAS DIAGNOSED THAT THE AIR CONDITIONER COMPRESSOR WAS CRACKED AND A NEW ONE NEEDED TO BE INSTALLED. THE VEHICLE WAS NOT REPAIRED BECAUSE THE DEALER DID NOT HAVE THE PART. THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS 44,837.

**1 Affected Product**

a.   **Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| HONDA | CIVIC | 2016 |

-27-

**July 13, 2019 NHTSA ID NUMBER: 11231578**
**Components: UNKNOWN OR OTHER**
**NHTSA ID Number:** 11231578

**Incident Date** July 1, 2019

**Consumer Location** ALTAMONTE SPRINGS, FL

**Vehicle Identification Number** 2HGFC1F71GH****

**Summary of Complaint**

**CRASHNo**

**FIRENo**

**INJURIES0**

**DEATHS0**

THE AC COMPRESSOR IS NOT WORKING, AND LEAKING FLUIDS WHICH IS BAD FOR THE ENVIRONMENT. PURCHASED VEHICLE AND DEALERSHIP "CHARGED UP" THE COMPRESSOR, 3 DAYS LATER IT WAS NOT WORKING. TOOK IT BACK IN AND THEY FILLED IT UP AGAIN, 3 DAYS LATER IT STOPPED WORKING. THEY CANNOT SEEM TO FIND THE ISSUE, BUT THERE IS AN AC COMPRESSOR FAILURE IN THIS MODEL, WHICH I UNFORTUNATELY HAVE.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| HONDA | CIVIC | 2016 |

**July 11, 2019 NHTSA ID NUMBER: 11231089**
**Components: UNKNOWN OR OTHER**
**NHTSA ID Number:** 11231089

Class Action Complaint
Case No. 2:19-cv-10537

**Incident Date** July 2, 2019

**Consumer Location** DUBLIN, OH

**Vehicle Identification Number** 19XFC2F56GE****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

NO COLD AIR COMING OUT WITH AC ON. NEEDED TO REPLACE A LEAKING AC COMPRESSOR AT 45,000 MILES.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| HONDA | CIVIC | 2016 |

July 9, 2019 **NHTSA ID NUMBER: 11230470**
**Components: UNKNOWN OR OTHER**
**NHTSA ID Number:** 11230470

**Incident Date** June 10, 2019

**Consumer Location** NORTH CHESTERFIELD, VA

**Vehicle Identification Number** VIN19XFC2F5****

**Summary of Complaint**

**CRASH**No

Class Action Complaint
Case No. 2:19-cv-10537

**FIRENo**

**INJURIES0**

**DEATHS0**

THE AIR CONDITIONING UNIT OF MY 2016 HONDA CIVIC SEDAN FAILED TO FUNCTION NORMALLY AFTER HAVING WORKED PROFITABLY AT THE START OF THIS SUMMER SEASON. REPLACING THE FUSES ASSOCIATED WITH THE AIR CONDITIONER'S FUNCTION DID NOT YIELD IN A CHANGE IN PERFORMANCE.

AFTER HAVING TAKEN THE VEHICLE TO A DEALERSHIP FOR SERVICE, IT WAS FOUND THAT THE CONDENSER OF THE CIVIC WAS FAULTY. NEITHER TRAUMA NOR DAMAGE WAS FOUND BY THE SERVICE PERSONNEL. FURTHERMORE, THEY HAD INDICATED THAT THIS IS QUITE A COMMON COMPLAINT OF THIS YEAR'S MODEL.

THANK YOU FOR YOUR TIME AND FOR YOUR CONSIDERATION OF THIS MANUFACTURING ISSUE.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| HONDA | CIVIC | 2016 |

July 9, 2019 **NHTSA ID NUMBER: 11230447**

**Components: VISIBILITY/WIPER, UNKNOWN OR OTHER**

**NHTSA ID Number:** 11230447

**Incident Date** June 20, 2019

**Consumer Location** CHESTERFIELD, VA

**Vehicle Identification Number** 19XFC2E52GE****

-30-

**Summary of Complaint**

**CRASHNo**

**FIRENo**

**INJURIES0**

**DEATHS0**

2016 HONDA CIVIC, AIR CONDITIONING QUIT WORKING CAUSING THE DEFROSTER NOT TO WORK CREATING A DANGEROUS VISIBILITY BECAUSE THE WINDSHIELD REMAINED FOGGY.

**1 Affected Product**

    **a.**    **Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| HONDA | CIVIC | 2016 |

July 6, 2019 **NHTSA ID NUMBER: 11229799**

**Components: ELECTRICAL SYSTEM**

**NHTSA ID Number:** 11229799

**Incident Date** May 27, 2019

**Consumer Location** YUBA CITY, CA

**Vehicle Identification Number** 2HGFC2F5XGH****

**Summary of Complaint**

**CRASHNo**

**FIRENo**

Class Action Complaint
Case No. 2:19-cv-10537

**INJURIES0**

**DEATHS0**

MY 2016 HONDA CIVIC AIR CONDITIONING COMPRESSOR FAILED AND NO LONGER BLOWS COLD AIR. I REVIEWED SEVERAL HONDA MESSAGE BOARDS AND FORUMS AND DISCOVERED THAT THIS IS A COMMON PROBLEM WITH THIS MODEL VEHICLE THAT HOMDA REFUSES TO ACKNOWLEDGE.

**1 Affected Product**

      **a.**    **Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| HONDA | CIVIC | 2016 |

July 5, 2019 **NHTSA ID NUMBER: 11229605**
**Components: UNKNOWN OR OTHER**

**NHTSA ID Number:** 11229605

**Incident Date** June 26, 2019

**Consumer Location** SAN FRANCISCO, CA

**Vehicle Identification Number** 2HGFC2F70GH****

**Summary of Complaint**

**CRASHNo**

**FIRENo**

**INJURIES0**

**DEATHS0**

-32-

Class Action Complaint
Case No. 2:19-cv-10537

AC IS FAULTY FROM THE FACTORY. FROM THE TIME I BOUGHT THE CAR IN 2016, THE AC HAS BEEN MAKING HISSING NOISES THAT WERE RPM DEPENDENT. WHEN I TOOK IT IN UNDER WARRANTY, THEY CHARGED THE FREON AND IT WAS BACK TO HOW IT WAS IN THE BEGINNING. BECAUSE IT WAS BLOWING COLD AIR, I THOUGHT THE HISSING NOISE WAS NORMAL. BUT IT STARTED BLOWING HOT AIR ANOTHER YEAR AFTER IT WAS FIXED. THIS TIME, THE DEALERSHIP SAYS A FAULTY CONDENSOR WAS THE CULPRIT, AND THE REPAIR BILL WOULD BE $1160. IT TURNS OUT MANY OTHER OWNERS OF THIS CAR ALSO EXPERIENCED THIS SAME ISSUE, WHERE DEALERS CHARGED THE FREON WITHOUT FIXING THE PROBLEM BEFORE WARRANTY, BUT QUICKLY FIND THE CONDENSOR OR COMPRESSOR BROKEN AFTER THE WARRANTY FOR THE SAME SYMPTOMS.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| HONDA | CIVIC | 2016 |

July 4, 2019 **NHTSA ID NUMBER: 11229488**
**Components: UNKNOWN OR OTHER**
**NHTSA ID Number:** 11229488

**Incident Date** June 10, 2019

**Consumer Location** WAXAHACHIE, TX

**Vehicle Identification Number** 2HGFC2F56GH****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

-33-

**DEATHS0**

REFRIGERANT LEAKING NOT GOOD FOR THE ENVIRONMENT , WHILE DRIVING COOL AIR JUST WENT OFF AND IT STARTED BLOWING HOT AIR.THE CAR ONLY HAS 86,000 MILES

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| HONDA | CIVIC | 2016 |

July 2, 2019 **NHTSA ID NUMBER: 11228896**
**Components: UNKNOWN OR OTHER**

**NHTSA ID Number:** 11228896

**Incident Date** March 2, 2019

**Consumer Location** BROOKFIELD, WI

**Vehicle Identification Number** 19XFC1F95GE****

**Summary of Complaint**

**CRASHNo**

**FIRENo**

**INJURIES0**

**DEATHS0**

THE A/C STOPPED WORKING SHORTLY AFTER 3 YEARS BUT LUCKILY IT WAS STILL COVERED UNDER MY CERTIFIED HONDA WARRANTY. TOOK THE CAR TO THE HONDA DEALER AND THE TECHNICIAN SAID A/C PROBLEMS ARE A COMMON PROBLEM THEY SEE. CHECK FOR LEAKS AND RECHARGED THE SYSTEM. IT'S BEEN 3 MONTHS NOW AND THE A/C IS STARTING TO BECOME INEFFECTIVE AGAIN.

-34-

**1 Affected Product Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| HONDA | CIVIC | 2016 |

June 29, 2019 **NHTSA ID NUMBER: 11228447**
**Components: UNKNOWN OR OTHER**

**NHTSA ID Number:** 11228447

**Incident Date** June 20, 2019

**Consumer Location** LOS ANGELES, CA

**Vehicle Identification Number** 2HGFC2F55GH****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

BOUGHT CAR DECEMBER 22 2016 IN JUNE 2019 AC SYSTEM BROKE DOWN DEALER SAYS CAR IS OUT OF WARRANTY WE CANT HELP YOU I BELIEVE THIS IS UNFAIR AND HONDA FINANCIAL WANTS ME TO CONTINUE PYING FOR A VEHICLE THAT I BELIEVE IS A LEMON

**1 Affected Product Vehicle**

-35-

| MAKE | MODEL | YEAR |
|------|-------|------|
| HONDA | CIVIC | 2016 |

June 29, 2019 **NHTSA ID NUMBER: 11228371**
**Components: UNKNOWN OR OTHER**
**NHTSA ID Number:** 11228371

**Incident Date** June 23, 2017

**Consumer Location** MEDINA, OH

**Vehicle Identification Number** 19XFC2F77GE****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

TAKARA RECALL

I BOUGHT THE CAR MARCH 2016. SUMMERS GET PRETTY HOT IN OHIO SO OF COURSE I HAVE TO USE THE AC. WORKED PERFECTLY THAT YEAR. WELL THE FOLLOWING YEAR WHEN I WENT TO USE IT IT NEVER WORKED AT ALL. BLEW OUT WARM AIR AND NEVER COOLED DOWN. SO WHEN I CONTACTED THE DEALER THEY SAID " MAYBE YOU HAVE A PIN HOLE IN A LINE, MAYBE COMPRESSOR, LOW FREON OR SOMETHING ELSE." I WAS PRETTY UPSET THAT IT WASN'T UNDER WARRANTY ANYMORE BUT HOW COULD SOMETHING GO WRONG AFTER ONE SUMMER. I HAVE KIDS AND I'M UNABLE TO TAKE THEM ANYWHERE IN MY CAR BECAUSE IT'S SO HOT. I HAVE A BUDDY WHO HAS THE SAME YEAR AND TYPE VEHICLE AND HE HAS ACTUALLY THE SAME PROBLEM. I HAVE READ PLENTY OF OTHER COMPLAINTS ABOUT THIS AND WONDER WHY THE AC SYSTEM HASN'T

-36-

HAD A RECALL YET. TOLD IT COULD COST UP TO $1000.00 TO FIX. DEALERSHIP HAS HAD COMPLAINTS ABOUT THIS AND CANT DO ANYTHING UNTIL A RECALL IS IN PLACE BUT SAID THEY WILL REIMBURSE ME WHEN THERE IS ONE SO HOLD ON TO RECEIPT. SEEMS TO BE A COMMON ISSUE. I REALLY HOPE HONDA LOOKS INTO THIS MATTER. BECAUSE IT IS REALLY UPSETTING THAT THIS HAPPENED ONLY AFTER ONE YEAR OF DRIVING IT.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| HONDA | CIVIC | 2016 |

June 24, 2019 **NHTSA ID NUMBER: 11222332**
**Components: UNKNOWN OR OTHER**
**NHTSA ID Number:** 11222332

**Incident Date** June 24, 2019

**Consumer Location** HEMPSTEAD, NY

**Vehicle Identification Number** 19XFC2F51GE****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0
MY AC IS NOT WORKING PROPERLY ONE VENT IS MORE COOLER THAN THE VENT THAT IS ON THE DRIVER SIDE.

**1 Affected Product**

## Vehicle

| MAKE | MODEL | YEAR |
|------|-------|------|
| HONDA | CIVIC | 2016 |

June 24, 2019 **NHTSA ID NUMBER: 11222259**
**Components: UNKNOWN OR OTHER**

**NHTSA ID Number:** 11222259

**Incident Date** June 1, 2019

**Consumer Location** COACHELLA, CA

**Vehicle Identification Number** 2HGFC2F87GH****

**Summary of Complaint**

**CRASH** No

**FIRE** No

**INJURIES** 0

**DEATHS** 0

THE AC KEEPS GOING OUT. I HAVE TO HAVE THE COMPRESSOR REPLACE TWICE AND 2 OTHER PARTS REPLACED TWICE. THE FREON STARTS TO BLOW OUT OF THE VENTS INTO THE PASSENGER COMPARTMENT. THIS IS DANGEROUS I ALWAYS HAVE MY KIDS WITH ME. WE ALWAYS HAVE INFECTIONS THAT CAN BE ATTRIBUTED TO BREATHINNG IN THIS FREON. EVERY YEAR IT GETS FIXED IN THE SUMMER. IT WORKS FINE FOR OYR 2 SUMMER MONTHS THEN I DONT HAVE TO USE IT THAT OFTEN BUT AS SOON AS THE HEAT ROLLS UP AGAIN I TAKE IT IN FOR A CHECK AND IT HAS NO FREON LEFT.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|---|---|---|
| HONDA | CIVIC | 2016 |

June 17, 2019 **NHTSA ID NUMBER: 11220639**
**Components: UNKNOWN OR OTHER**
**NHTSA ID Number:** 11220639

**Incident Date** May 18, 2019

**Consumer Location** DELMAR, NY

**Vehicle Identification Number** 19XFC2F74GE****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

AIR CONDITIONING SYSTEM NOT FUNCTIONAL (DISCOVERED MAY 2019).
BLOWS ONLY HOT AIR. 31-32K MILEAGE ON CAR (ON MAY 2019).
PURCHASED CAR NEW IN FEB 2016. HAD NOTICED A DECREASE IN
COOLING EFFICIENCY IN SUMMER OF 2018, BUT DIDN'T TAKE CAR IN FOR
INSPECTION, SINCE I DON'T USE A/C MUCH. DIDN'T NEED TO USE A/C
AGAIN UNTIL MAY 2019. CAR WAS <4 MONTHS OVER 3 YEAR WARRANTY
(BUT UNDER 36K MILES), SO DEALERSHIP WHERE CAR WAS PURCHASED
REFUSED TO COVER REPAIR COST UNDER WARRANTY. WAS GIVEN
REPAIR ESTIMATE OF $1,150, WHICH WAS TO COVER COST OF REPLACING
A/C CONDENSER, O-RING IN DISCHARGE LINE, AND NEW REFRIGERANT
RE-CHARGE. WHEN DRIVING IN RAINY, HIGH HUMIDITY WEATHER,
WINDOWS MORE PRONE TO FOGGING UP BECAUSE THERE'S NO COOL AIR
TO BLOW ON INSIDE OF WINDOW TO CLEAR CONDENSATION - BECAUSE
A/C SYSTEM IS NON-FUNCTIONING.

Class Action Complaint
Case No. 2:19-cv-10537

## 1 Affected Product

**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| HONDA | CIVIC | 2016 |

June 14, 2019 **NHTSA ID NUMBER: 11220169**
**Components: UNKNOWN OR OTHER**

**NHTSA ID Number:** 11220169

**Incident Date** June 14, 2019

**Consumer Location** CANTON, MA

**Vehicle Identification Number** 19XFC1F90GE****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

A/C STOPPED WORKING AFTER 55,000 MILES AND OWNING FOR 3 YEARS. WHEN DISCUSSED WITH THE DEALER, THEY ADVISED THAT IT WAS THE AIR CONDENSER THAT WAS FAULTY AND NEEDED TO BE REPLACED. STANDARD LIFETIME FOR AN AIR CONDENSER IS WELL BEYOND THE 3 YEAR TIMEFRAME. THE DEALER ALSO ADVISED THAT THERE HAVE BEEN NUMEROUS 2016 HONDA CIVIC'S IN WITH THE SAME ISSUE BUT THERE IS NO RECALL. THE COST TO REPAIR THIS ISSUE WAS OVER $1,000 WITH MY DEALER AND SHOULD NOT BE OCCURRING AT THIS POINT IN THE CAR'S LIFE.

## 1 Affected Product

**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| HONDA | CIVIC | 2016 |

June 12, 2019 **NHTSA ID NUMBER: 11219550**
**Components: UNKNOWN OR OTHER**
**NHTSA ID Number:** 11219550

**Incident Date** June 9, 2019

**Consumer Location** CONROE, TX

**Vehicle Identification Number** 19XFC1F95GE****

**Summary of Complaint**

**CRASHNo**

**FIRENo**

**INJURIES0**

**DEATHS0**
A/C DOES NOT WORK WELL. CAR BLOWS WARM AIR. VEHICLE HAS 32,900 MILES.

**1 Affected Product**
Vehicle

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| HONDA | CIVIC | 2016 |

-41-

Class Action Complaint
Case No. 2:19-cv-10537

May 30, 2019 **NHTSA ID NUMBER: 11216947**
**Components: UNKNOWN OR OTHER**
**NHTSA ID Number:** 11216947

**Incident Date** May 12, 2019

**Consumer Location** WOODBRIDGE, VA

**Vehicle Identification Number** 19XFC2F5XGE****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

A/C HAS GONE BAD IN LESS THAN 3 YEARS OF OWNING THE VEHICLE AND HAS BEEN REPORTED AS A COMMON ISSUE IN 10TH GENERATION HONDA CIVICS.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| HONDA | CIVIC | 2016 |

May 27, 2019 **NHTSA ID NUMBER: 11210135**
**Components: UNKNOWN OR OTHER**
**NHTSA ID Number:** 11210135

**Incident Date** May 13, 2019

**Consumer Location** THE WOODLANDS, TX

**Vehicle Identification Number** 7FARW1H55HE****

-42-

**Summary of Complaint**

**CRASH** No

**FIRE** No

**INJURIES** 0

**DEATHS** 0

A/C EVAPORATOR COIL HAD BAD WELD. $1600 REPAIR AFTER EVAPORATOR COIL REPLACEMENT, EVAC, AND REFILL OF FREON.

**1 Affected Product**
Vehicle

| MAKE | MODEL | YEAR |
|------|-------|------|
| HONDA | CIVIC | 2016 |

May 17, 2019 **NHTSA ID NUMBER: 11208305**
**Components: UNKNOWN OR OTHER**
**NHTSA ID Number:** 11208305

**Incident Date** May 17, 2019

**Consumer Location** BRISTOL, CT

**Vehicle Identification Number** 19XFC1F91GE****

**Summary of Complaint**

**CRASH** No

**FIRE** No

**INJURIES** 0

**DEATHS** 0

THERE WAS A FAILURE OF THE AC CONDENSER CAUSING THE NEED TO REPLACE THE WHOLE UNIT, AS WELL AS THE SENSOR. THE CORPORATE

-43-

HONDA REPRESENTATIVE EVEN ADMITTED ON THE PHONE THAT THEIR DEALERSHIPS HAVE REPORTED SIMILAR ISSUES WITH THE CONDENSERS ON THE CIVIC MODELS, INCLUDING UNITS DELIVERED FROM THE FACTOR THAT HAD ALREADY FAILED. A SIMPLE SEARCH OF CREDITED AUTOMOTIVE REVIEW SITES SHOWN MANY EXAMPLES FOR THIS MODEL YEAR, WHERE THE AC UNITS HAVE FAILED. AS THE CORPORATE OFFICE HAS FAILED TO ISSUES A VOLUNTARY RECALL FOR THIS ISSUE, I ASK THAT YOU LOOK INTO THIS AND PROTECT THE CONSUMER. THANK YOU.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| HONDA | CIVIC | 2016 |

May 16, 2019 **NHTSA ID NUMBER: 11208084**

**Components: UNKNOWN OR OTHER**

**NHTSA ID Number:** 11208084

**Incident Date** May 16, 2019

**Consumer Location** Unknown

**Vehicle Identification Number** 19XFC2F74GE\*\*\*\*

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0
AIR CONDITIONING SYSTEM DOES NOT WORK. DEALER WANTS $2,382.15 TO REPLACE A/C COMPRESSOR W/ CLUTCH AND COIL ($1500.26),

-44-

CONDENSER ($599.04), EVACUATE AND RECHARGE COMPLETE($159.95) FILTERS AND AIR CLEANERS ($122.90) , AIR VENTALATION SYSTEM CLEANING ($89.95). 2016 HONDA CIVIC EX 70,491 MILES. LAST YEAR I BROUGHT THE CAR TO DEALER AND THEY VACUUMED AND REFILLED THE SYSTEM ($159.95). THIS YEAR SAME PROBLEM, NO COLD AIR AND NOW BEING TOLD ENTIRE SYSTEM IS DEFECTIVE. I CAN NOT PROPERLY CLEAR MY FRONT WINDSHIELD BECAUSE DOES NOT WORK PROPERLY BECAUSE I DON'T HAVE A/C .

**1 Affected Product**

    a.   **Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| HONDA | CIVIC | 2016 |

April 12, 2019 **NHTSA ID NUMBER: 11195910**
**Components: UNKNOWN OR OTHER**
**NHTSA ID Number:** 11195910

**Incident Date** March 12, 2018

**Consumer Location** SUSSEX, NJ

**Vehicle Identification Number** 19XFC1F95GE****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

-45-

RANDOMLY HEARD A POP, AND THE AC STOPPED WORKING. TOOK CAR TO A DEALERSHIP THAT TRIED TO TELL ME IT WAS ROAD HAZARD DAMAGE. AFTER LEAVING HONDA I CALLED BACK TO INQUIRE MORE INFORMATION, HONDA REFUSED TO SHOW ME THE ISSUE BUT TOLD ME THEY WOULD CHARGE ME $200 FOR A DIAGNOSIS FEE. SOMETHING SEEMED WRONG. CHECKED ONLINE AND SAW THOUSANDS OF COMPLAINTS FOR THE SAME ISSUE. CALLED HONDA CORPORATE AND WAS TOLD TO TAKE IT FOR A SECOND OPINION ELSEWHERE. THEY KNEW ABOUT THE AC ISSUES AND SAID IT WOULD BE COVERED UNDER WARRANTY EXCEPT MY CAR IS OUT OF WARRANTY BECAUSE OF HIGH MILEAGE. WITHOUT THE AC THE DEFOGGER DOESN'T WORK. THIS IS EXTREMELY UNSAFE IN CERTAIN WEATHER CONDITIONS. NOT SURE HOW TO GET HONDA TO RECALL THIS BUT IT SEEMS THEY HAVE A HISTORY OF AC UNITS NOT WORKING PROPERLY IN CARS. IF SOMEONE DIES ON THE ROADWAY BECAUSE OF A VISIBILITY ISSUE, HONDA WILL HAVE A MAJOR LAWSUIT AHEAD OF THEM. HELP US HONDA OWNERS GET THE RECALL WE DESERVE SO WE CAN SAFELY DRIVE THE CARS WE SPENT SO MUCH MONEY ON. THIS IS UNSAFE AND NOT OKAY!

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| HONDA | CIVIC | 2016 |

April 8, 2019 **NHTSA ID NUMBER: 11194751**
**Components: UNKNOWN OR OTHER**
**NHTSA ID Number:** 11194751

**Incident Date** March 26, 2019

**Consumer Location** CHINO HILLS, CA

**Vehicle Identification Number** 2HGFC2F82GH****

**Summary of Complaint**

**CRASHNo**

**FIRENo**

**INJURIES0**

**DEATHS0**

IN THE SUMMER OF 2018, WITH THE AIR CONDITIONING SYSTEM ON, IT WAS BLOWING WARM AIR ON THE DRIVER SIDE WHILE THE PASSENGER SIDE DISCHARGING COLD AIR. TOOK THE CAR TO THE DEALER FOR INSPECTION. THE SERVICE DEPARTMENT INFORMED US THERE WAS A LEAK. A DYE WAS ADDED TO THE RECHARGED REFRIGERANT. EARLY THIS MONTH, APRIL, THE AC WASN'T PROVIDED ANY COOLING. TOOK THE CAR TO THE DEALER AND WAS INFORMED THAT THE AC COMPRESSOR ALONG WITH REFRIGERANT PIPING WAS LEAKING AND NEED TO BE REPLACED.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| HONDA | CIVIC | 2016 |

November 3, 2018 **NHTSA ID NUMBER: 11145156**
**Components: VISIBILITY/WIPER, UNKNOWN OR OTHER**
**NHTSA ID Number:** 11145156

**Incident Date** October 18, 2018

**Consumer Location** SANTA PAULA, CA

**Vehicle Identification Number** 19XFC2F51GE****

**Summary of Complaint**

-47-

**CRASHNo**

**FIRENo**

**INJURIES0**

**DEATHS0**

AIR CONDITIONING SYSTEM WENT OUT. BLOWS WARM AIR AND MAKES HISSING NOISES. IT TAKES A VERY LONG TIME TO DEFOG THE WINDSHIELD REDUCING VISIBILITY WHILE DRIVING AND MAKING IT UNCOMFORTABLE TO DRIVE. THE VEHICLE WAS IN MOTION WHEN THE PROBLEM WAS FIRST NOTICED. IT TAKES OVER 10 MINUTES TO DEFOG THE VEHICLE.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| HONDA | CIVIC | 2016 |

October 6, 2018 **NHTSA ID NUMBER: 11138807**
**Components: UNKNOWN OR OTHER**
**NHTSA ID Number:** 11138807

**Incident Date** October 6, 2018

**Consumer Location** STRONGSVILLE, OH

**Vehicle Identification Number** 2HGFC2F71GH****

**Summary of Complaint**

**CRASHNo**

**FIRENo**

**INJURIES0**

-48-

**DEATHS0**

AIR CONDITIONING A/C HAS BEEN NOT WORKING FOR THE LAST MONTH OR TWO. IT STARTED OFF BLOWING WARM AIR ON THE DRIVERS SIDE AND COOL ON THE PASSENGER SIDE. AFTER A FEW DAYS IT'S WARM ON BOTH SIDES NOW. THIS IS AN ONGOING PROBLEM WITH OTHER CIVIC OWNERS I KNOW. THIS NEEDS TO BE FIXED BY HONDA. I'VE HAD HONDA VEHICLES FOR PLENTY OF YEARS. ACCORDS, CRV AND OTHER YEAR CIVICS. I'M READY TO GIVE IT UP, SO MUCH FOR RELIABILITY.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| HONDA | CIVIC | 2016 |

August 6, 2018 **NHTSA ID NUMBER: 11118112**
**Components: UNKNOWN OR OTHER**
**NHTSA ID Number:** 11118112

**Incident Date** August 3, 2018

**Consumer Location** WARWICK, NY

**Vehicle Identification Number** 19XFC2F77GE****

**Summary of Complaint**

**CRASHNo**

**FIRENo**

**INJURIES0**

**DEATHS0**

AC ON THE DRIVER SIDE WARM AIR PASSENGER SIDE COLD AIR THEN NOTHING. THIS STARTED WHILE DRIVING ON THE HIGHWAY AUGUST 3RD 2018 AND STOPPED WORKING AUGUST 6TH 2018

-49-

**1 Affected Product Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| HONDA | CIVIC | 2016 |

July 30, 2018 **NHTSA ID NUMBER: 11114617**

**Components: VISIBILITY/WIPER, UNKNOWN OR OTHER**

**NHTSA ID Number:** 11114617

**Incident Date** July 27, 2018

**Consumer Location** SUSSEX, NJ

**Vehicle Identification Number** 19XFC1F95GE****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

THE AC COMPRESSOR AND CONDENSER ARE BOTH LEAKING. ONE DEALERSHIP TRIED TO TELL ME THEY WERE LEAKING BECAUSE A ROCK HIT IT AND CAUSED THE DAMAGE, AND IT COSTS $600 TO FIX. BUT UPON PROPER DIAGNOSIS FROM ANOTHER DEALERSHIP, THEY DID TELL ME BOTH THE COMPRESSOR AND CONDENSER ARE LEAKING, AND IT WAS NOT CAUSED BY ROAD HAZARD DAMAGE. THESE PRODUCTS HAVE KNOWN ISSUES THAT PEOPLE HAVE LISTED ONLINE. MY CAR IS OUT OF WARRANTY, SO THE DEALERSHIP HAD TO FILE A CLAIM THROUGH GOOD WILL. THEY SAID THEY WERE WILLING TO PAY 50/50, WHICH LEAVES ME TO PAY $842 BEFORE TAXES TO GET THIS ISSUE FIXED. THERE NEEDS TO BE A BETTER SOLUTION. THIS IS UNSAFE THAT ALL OF THESE CARS

-50-

HAVING LEAKING CONDENSERS AND COMPRESSORS AND IT IS A SCAM TO HAVE THE CUSTOMER PAY ANYTHING TO FIX AN ISSUE LIKE THIS. THIS IS EXTREMELY UNSAFE BECAUSE WHEN IT IS HOT WEATHER OR RAINING AND THEN IT GETS COLD THE WINDSHIELD FOGS UP AND DOESN'T ALLOW YOU TO SEE WITHOUT HAVING THE AIR ON. THE AC HELPS TO ELIMINATE ANY VISIBILITY ISSUES WHEN THE WEATHER CHANGES. CURRENTLY MY WINDSHIELD KEEPS FOGGING UP DUE TO NOT HAVING THE AC, ESPECIALLY WHEN ANOTHER CAR IS COMING TOWARDS ME WITH THEIR HEADLIGHTS, MY WINDSHIELD BLINDS ME. THIS IS EXTREMELY UNSAFE AND WILL CAUSE AN ACCIDENT. IF SOMEONE CAN PLEASE HELP ME BY LOOKING INTO THIS ISSUE AND POSSIBLE POSTING A SAFETY RECALL ON THESE PRODUCTS, I WOULD TRULY APPRECIATE IT. I ALREADY SPOKE TO CORPORATE HONDA AND THEY DON'T SEEM TO CARE AND THEY SAY THAT THEY DON'T PUT OUT THEIR OWN RECALLS. BUT THIS IS A SERIOUS ISSUE THAT IS NOT OKAY, AND I SHOULD NOT HAVE TO PAY ANYTHING TO HAVE A FAULTY SYSTEM FIXED, WHEN I BOUGHT THE CAR THIS WAY. I NOTICED THIS ISSUE AFTER THE CAR WAS ALREADY OUT OF WARRANTY, IT DIDN'T HAPPEN ON ONE SPECIFIC DAY, IT IS AN ONGOING ISSUE.

**1 Affected Product**

    a.   **Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| HONDA | CIVIC | 2016 |

September 25, 2017 **NHTSA ID NUMBER: 11025487**
**Components: UNKNOWN OR OTHER**
**NHTSA ID Number:** 11025487

**Incident Date** September 25, 2017

**Consumer Location** GILBERTS, IL

-51-

**Vehicle Identification Number** 19XFC2F52GE****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

CAR IS ONLY ONE YR OLD, NOT EVEN 33,000 MILES AIR CONDITIONER BLOWING HOT AIR, MANY OF MY FRIENDS HAVE SAME PROBLEM. HONDA WON'T HONOR WARRANTY. WANTS TO CHARGE OVER $500.00 TO START.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| HONDA | CIVIC | 2016 |

April 27, 2017 **NHTSA ID NUMBER: 10981086**

**Components: SERVICE BRAKES, ELECTRICAL SYSTEM, FUEL/PROPULSION SYSTEM**

**NHTSA ID Number:** 10981086

**Incident Date** April 25, 2017

**Consumer Location** BLANCHESTER, OH

**Vehicle Identification Number** N/A

**Summary of Complaint**

**CRASH**No

Class Action Complaint
Case No. 2:19-cv-10537

**FIRENo**

**INJURIES0**

**DEATHS0**

THE AC HAS WENT OUT ON TWO OCCASIONS. THE FIRST OCCASION WAS DUE TO THE SYSTEM NEEDING TO BE RECHARGED. THE SECOND BEING A HOSE WAS NOT CONNECTED CORRECTLY. THE BACK TWEETER SPEAKERS WENT OUT AND HAD TO BE REPLACED. 3 AUDIO UPDATES NEEDED TO BE DONE. WHILE DRIVING THE CAR STOPPED ACCELERATING AND THE CAR STARTED SHAKING. THERE WAS NO BRAKES OR POWER STEERING AT THIS TIME. DIFFERENT CODES STARTED LIGHTING UP THE DASH. I WAS ABLE TO GET THE CAR STOPPED AND OFF THE ROAD INTO THE DITCH AREA. IT IS CURRENTLY AT HONDA.

**1 Affected Product**

        a.     **Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| HONDA | CIVIC | 2016 |

September 2, 2016 **NHTSA ID NUMBER: 10903307 Components: UNKNOWN OR OTHER**

**NHTSA ID Number:** 10903307

**Incident Date** July 14, 2016

**Consumer Location** COLUMBIA, MD

**Vehicle Identification Number** 19XFC1F36GE****

**Summary of Complaint**

**CRASHNo**

**FIRENo**

**INJURIES0**

**DEATHS0**

CAR PURCHASED IN MAY , WITH 3700 K HAS HAD 3 ISSUES: GETTING READY TO BACK UP OUT OF DRIVEWAY - THE BACKUP SCREEN WAS DIMINISHED TO A SMALL SLIVER ACROSS THE TOP OF ENTIRE SCREEN WITH THE BALANCE OF SCREEN BLACK. TOOK IT TO DEALER TO BE FIXED. WHEN I DROVE AWAY, ERROR MESSAGES, "TIRE PRESSURE LOW, BRAKE SYSTEM PROBLEM, CHARGING SYSTEM PROBLEM AND ANTI LOCK BRAKE SYSTEM PROBLEM." TOK IT RIGHT BACK TO THE DEALER, THEY SAID THE TECHNICIAN FAILED TO FORGOT TO ALLOW THE COMPUTER TO RUN THRU THE ENTIRE CYCLE BEFORE RETURNING THE CAR TO ME. JUST HAD PROBLEM WITH THE A/C. CAR WOULD BLOW HOT AIR AFTER 15 MINS OF DRIVING - WAS TOLD HOSE WAS COLLASPING KEEPING COLD AIR FROM COMING OUT. HOSE WAS REPLACED- DID NOT FIX THE PROBLEM, SAME ISSUE AFTER 15 MINS OF DRIVING. HAD TO COMPLETELY TURN OFF AIR AND LEAVE IT OFF FOR 1/2 HOUR OR MORE TO GET A/C TO WORK. DEALER HAS NOW REPLACED THE A/C COMPRESSOR.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| HONDA | CIVIC | 2016 |

September 4, 2019 **NHTSA ID NUMBER: 11253081**
**Components: UNKNOWN OR OTHER**
**NHTSA ID Number:** 11253081

**Incident Date** May 29, 2019

**Consumer Location** PERRIS, CA

**Vehicle Identification Number** 2HGFC2F54HH****

-54-

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

017 HONDA CIVIC A/C CONDENSER FAILED FROM FACTORY. HONDA DOES NOT HAVE REPLACEMENT PARTS. PARTS ARE BACK ORDERED 1-2 MONTH CUSTOMERS ONLY OPTION IS TO PAY FOR REPAIR OUT OF POCKET.

**1 Affected Product**
Vehicle

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| HONDA | CIVIC | 2017 |

August 4, 2019 **NHTSA ID NUMBER: 11241570**
**Components: UNKNOWN OR OTHER**

**NHTSA ID Number:** 11241570

**Incident Date** July 21, 2019

**Consumer Location** LYNN, MA

**Vehicle Identification Number** 19XFC2F5XHE****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

-55-

2017 HONDA CIVIC A/C CONDENSER FAILED FROM FACTORY. HONDA DOES NOT HAVE REPLACEMENT PARTS NOR WILL THEY PROVIDE AN ETA FOR NEW PARTS. HONDA ALSO REFUSES TO PROVIDE LOANER CARS FOR AFFECTED CUSTOMERS. CUSTOMERS ONLY OPTION IS TO PAY FOR REPAIR OUT OF POCKET AND ATTEMPT TO GET A REIMBURSEMENT FROM HONDA.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| HONDA | CIVIC | 2017 |

July 19, 2019 **NHTSA ID NUMBER: 11233408**
**Components: UNKNOWN OR OTHER**
**NHTSA ID Number:** 11233408

**Incident Date** July 5, 2019

**Consumer Location** PEARL RIVER, NY

**Vehicle Identification Number** 2HGFC2F53HH****

**Summary of Complaint**

**CRASH** No

**FIRE** No

**INJURIES** 0

**DEATHS** 0

I BROUGHT THE CAR TO THE DEALER ON JULY 6 BECAUSE THE AIR CONDITIONER STOPPED WORKING AND THE CAR IS UNDER WARRANTY.

-56-

IT IS UNSAFE TO DRIVE THE CAR WITHOUT A/C IN THIS HEAT AND HUMIDITY. THE DEALER DETERMINED THAT THE CONDENSER HAD FAILED AND THAT MANY 2016 AND 2017 HONDA HAVE HAD THIS PROBLEM. THE PART IS ON A NATIONAL BACK ORDER AND THEY HAVEN'T BEEN ABLE TO GET THE PART. I OPENED A CASE WITH HONDA CUSTOMER SERVICE AND IT APPEARS THAT THERE ARE OVER 3000 CARS WITH THIS PROBLEM. AS OF TODAY, 7/19, THEIR BEST ESTIMATE IS THAT THEY MAY HAVE THE PART ON 7/25. NO GUARANTEE. MY CAR WILL BE OUT OF SERVICE FOR NEARLY THREE WEEKS AT THE LEAST. MORE IMPORTANTLY, MANY OF THESE CARS ARE BEING DRIVEN IN THIS HEAT ,WITHOUT A/C, WHICH IS DEFINITELY AN UNSAFE CONDITION.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| HONDA | CIVIC | 2017 |

July 5, 2019 **NHTSA ID NUMBER: 11229622**
**Components: UNKNOWN OR OTHER**
**NHTSA ID Number:** 11229622

**Incident Date** June 29, 2019

**Consumer Location** WAUWATOSA, WI

**Vehicle Identification Number** 19XFC2F54HE****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

-57-

I BROUGHT MY 2017 HONDA CIVIC IN FEB/2019. MY AC HAS NOT BEEN USED SINCE I BROUGHT THE CAR UNTIL IT GOT REALLY HOT WHERE I LIVE THIS MONTH. I CALLED THE DEALER AND THEY TOLD ME THAT THE COMPRESSOR IS DAMAGED BECAUSE ROCKS FROM THE HIGHWAY HAS BEEN HITTING AGAINST IT. I EXPLAINED THAT I DON'T KNOW IF THE AC WAS WORKING FROM THE BEGINNING AND THAT THE CAR IS SO LOW TO THE GROUND THAT IT IS TO EXPECTED FOR ROCKS TO HIT UNDER THE CAR. THEY THEN TELL ME THAT IT WILL COST 1200 FOR ME TO GET IT FIXED. HONDA NEEDS TO FIX THIS PROBLEM AND FAST BECAUSE IT IS VERY HOT.

**1 Affected Product Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| HONDA | CIVIC | 2017 |

July 2, 2019 **NHTSA ID NUMBER: 11229102**
**Components: UNKNOWN OR OTHER**
**NHTSA ID Number:** 11229102

**Incident Date** May 6, 2019

**Consumer Location** NUTLEY, NJ

**Vehicle Identification Number** 2HGFC2F78HH****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

-58-

HONDA CIVIC 2017 MODEL USES NEW COMPRESSOR TO GO WITH NEW REFRIGERANT AND SEEMS TO STOP WORKING WITHOUT ANY REASON. THERE HAS BEEN NO DAMAGE DONE TO THE CAR TO STOP THE COMPRESSOR FROM WORKING, USUAL MAINTENANCE IS KEPT UP WITH THE CAR. THE CAR IS 2 YEARS OLD AND SHOULD NOT HAVE AN ISSUE WITH THE COMPRESSOR FOR NO REASON.

**1 Affected Product Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| HONDA | CIVIC | 2017 |

July 2, 2019 **NHTSA ID NUMBER: 11228962**
**Components: UNKNOWN OR OTHER**
**NHTSA ID Number:** 11228962

**Incident Date** June 29, 2019

**Consumer Location** DURHAM, NC

**Vehicle Identification Number** SHHFK7H50HU****

**Summary of Complaint**

**CRASHNo**

**FIRENo**

**INJURIES0**

**DEATHS0**

THE A/C STOPPED WORKING AT 2 YEARS, 4 MONTHS, BUT AS I AM AT 41,000 MILES, IT IS NO LONGER UNDER WARRANTY. I NOTICED IT WHEN DRIVING ON SATURDAY, 6/29/19 THAT THE A/C WAS NO LONGER BLOWING COLD AIR; THIS WAS ON A DAY WHERE THE TEMPERATURE OUTSIDE WAS 99 IN NORTH CAROLINA. THE DEALERSHIP INDICATES THAT THE THERE

Class Action Complaint
Case No. 2:19-cv-10537

ARE BAD SEALS ON THE COMPRESSOR. THEY HAVE QUOTED ME $2,100 TO REPLACE THE COMPRESSOR AND ADD FREON TO IT. I HAVE SEEN MANY HONDA OWNERS (2016-2017) COMPLAIN OF THIS ISSUE AND AM WONDERING IF THERE'S ANY WAY TO FORCE HONDA TO PAY FOR THESE BAD COMPRESSORS?

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| HONDA | CIVIC | 2017 |

June 28, 2019 **NHTSA ID NUMBER: 11228283**
**Components: UNKNOWN OR OTHER**
**NHTSA ID Number:** 11228283

**Incident Date** June 27, 2019

**Consumer Location** FRAMINGHAM, MA

**Vehicle Identification Number** 19XFC2F71HE****

**Summary of Complaint**

**CRASHNo**

**FIRENo**

**INJURIES0**

**DEATHS0**

PURCHASED 2017 HONDA CIVIC NEW FROM DEALERSHIP WITH STANDARD NEW CAR WARRANTY. AT 41,000 MILES AIR CONDITIONING STOPPED WORKING. BROUGH VEHICLE TO DEALERSHIP AND WAS TOLD NEW COMPRESSOR WAS NEEDED AND REPAIR WOULD COST $986 + TAX. BOUGHT VEHICLE BECAUSE OF REPUTATION FOR RELIABILITY. SOMETHING LIKE THIS HAS NEVER HAPPENED BEFORE AND DEALERSHIP

-60-

EVEN ADMITTED THAT THERE HAS BEEN A SEVERE PROBLEM WITH AIR CONDITIONING COMPRESSORS FOR THIS PARTICULAR YEAR AND MAKE VEHICLE. AFTER SEARCHING INTERNET FOR INFORMATION I CAME TO REALIZE THAT THIS IS TRUE AND WONDERED HOW MANY OTHER CONSUMERS WERE FACED WITH THE SAME TYPE REPAIR COSTING OVER $1,000? FILING THIS COMPLAINT SO THAT WORD GETS OUT AND SOMEONE CAN FINALLY HOLD HONDA ACCOUNTABLE FOR SELLING A PRODUCT WITH A KNOWN DEFECTIVE COMPONENT

**1 Affected Product Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| HONDA | CIVIC | 2017 |

November 21, 2018 **NHTSA ID NUMBER: 11153170**
**Components: UNKNOWN OR OTHER**
**NHTSA ID Number:** 11153170

**Incident Date** November 19, 2018

**Consumer Location** LONG BEACH, CA

**Vehicle Identification Number** 2HGFC1F82HH****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

MY VEHICLE HAS BEEN HAVING ISSUE WITH THE A/C FOR A COUPLE OF WEEK. TWO DAY AGO MY A/C STOP WORKING SO I TOOK IT TO MY LOCAL HONDA DEALER TO TAKE A LOOK AT IT. THEY TOLD ME THAT THE A/C

COMPRESSOR HAS FAILED AND IT'S NOT COVERED UNDER WARRANTY DUE TO MY CAR HAVING 41K MILES. I TRIED TO EXPLAIN THAT THE CAR IS ONLY A YEAR OLD. THEY (DEALERSHIP) DID NOT WANT TO COVER IT UNDER WARRANTY DUE TO THE MILES. THE REPAIR COST WAS $1,500. I HAVE READ ONLINE THAT SEVERAL BUYER HAVE HAD THIS PROBLEM. THE DEALER ALSO MENTION THAT THEY HAVE BEEN RECEIVING A LOT OF CARS WITH THE SAME ISSUE. SOMETHING NEEDS TO BE DONE REGARDING THIS ISSUE. ALSO, I FORGOT TO MENTION THAT THE A/C TRIGGERED SOMETHING IN MY VEHICLE THAT WOULD NOT LET IT START FOR SEVERAL HOURS. THE CAR WAS PARKED WHEN THIS OCCURRED. I BELIEVE A RECALL ON THE A/C IS ENTITLED.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| HONDA | CIVIC | 2017 |

35.    Honda has long-standing and material knowledge of the Defect. Upon information and belief, Honda through (1) its own records of customers' complaints, (2) dealership repair records, (3) records from the National Highway Traffic Safety Administration ("NHTSA"), (4) warranty and post-warranty claims, (5) pre-sale durability testing and part sales, and (6) other various sources, was aware of the Defect.

36.    Honda routinely monitors the internet for complaints similar in substance to those quoted below. Its customer relations department routinely monitors the internet for customer complaints, and it retains the services of third parties to do the same. Further, Honda's customer relations division regularly receives and responds to customer calls concerning, *inter alia*, product defects. Through these sources, Honda knew about the

Defect. The NHTSA complaints also indicate Honda's knowledge of the Defect and the potential danger it poses to passengers and the general public.

37.    Moreover, Honda should have known about the Defect because its customer relations department, which interacts with Honda-authorized service technicians in order to identify potentially widespread vehicle problems and assist in diagnosing vehicle issues, has received numerous reports that the Defect causes a sudden loss of air conditioning. Honda's customer relations department also collects and analyzes field data including, but not limited to, repair requests made at dealerships and service centers, technical reports prepared by engineers that have reviewed vehicles for which warranty coverage is requested, parts sales reports, and warranty claims data.

38.    Honda's warranty department similarly reviews and analyzes warranty data submitted by its dealerships and authorized technicians in order to identify defect trends in its vehicles. Honda dictates that when a repair is made under warranty (or warranty coverage is requested), service centers must provide Honda with detailed documentation. Honda also requires service centers to save the broken parts in case Honda audits the dealership, or otherwise acts to verify the warranty repair. For their part, service centers are meticulous about providing this detailed information about in-warranty repairs because Honda withholds payment for the repair if the complaint, cause, and correction are not sufficiently described.

39.    Honda's knowledge can also be inferred because several NHTSA complaints reference that the manufacturer—Honda—has been notified of consumers' concerns regarding the air conditioning systems in the Class Vehicles.

**C.    Honda Actively Concealed the Defect From Plaintiff and the Class**

40.    For several years, when confronted by Plaintiff and Class members, Honda denied the Defect's existence and, in many cases, charged consumers many thousands of dollars for part replacements and service related to the Class Vehicles' air conditioning systems.  Consumers paid for these repairs not knowing that Honda had defectively manufactured and/or designed the Class Vehicles' air conditioning systems.

-63-

41.    Indeed, from May 18, 2017, through August 14, 2017, Honda issued secret "**PRIORITY/ACTION REQUIRED**" communications to all Honda dealer service providers explaining that "American Honda (AHM) is investigating certain 2017 Civics with a customer complaint of the A/C not working or not cooling enough." Honda explained that it wanted to inspect any such vehicle before any repair was attempted. Nevertheless, Honda did not tell consumers about the Defect, either at that time or for more than two years thereafter.

42.    Finally, on August 9, 2019, for reasons now known only to Honda, Honda issued a Technical Service Bulletin admitting that the Class Vehicles were installed with a "defective A/C condenser from the factory."  The A/C condenser was "not manufactured to specification," causing "tiny holes" to "develop in the condenser tube that allows the refrigerant to leak out."  The Technical Service Bulletin states that owners of the affected vehicles would be sent a notification of the faulty condenser, though at the time Honda did not expect to complete the notice process until at least November 2019, meaning it is likely that Honda still has not notified many Class members about the faulty condenser.

43.    The Technical Service Bulletin further states that Honda intends to extend the warranty on the condenser to "10 years from the original date of purchase with unlimited miles."  However, Plaintiff and other Class members have suffered damage as a result of the diminution of value caused by Honda's faulty design and manufacture of the Class Vehicles' air conditioning systems, and have further suffered damages in the form of out-of-pocket costs for repairing these systems when the problem has arisen outside the warranty period.

44.    Plaintiff and other Class members have further suffered damage because they have paid to replace other parts which were not covered by warranty, but had nothing to do with the defective condenser itself, including parts not actually responsible for the air conditioning system's failure.  In the process, Honda charged many customers thousands of dollars in service costs for unneeded repairs.

-64-

**D.    Honda's Actions Harmed Consumers and Placed Public Safety at Risk**

45.    Honda's acts and omissions have unnecessarily put the safety of Class Members and the public in jeopardy.  An operative air conditioning system—which includes important features such as defrosting and temperature control—is a necessary prerequisite to safely operating the Class Vehicles.

46.    Further, because of Honda's unfair, deceptive, and/or fraudulent business practices, owners, and/or lessees of the Class Vehicles, including Plaintiff, have suffered an ascertainable loss of money and/or property and/or loss in value.  Honda undertook these unfair and deceptive trade practices in a manner giving rise to substantial aggravating circumstances.

47.    Had Plaintiff known of the Defect at the time of purchase or lease, he would not have bought or leased the Vehicle, or he would have paid substantially less for the Vehicle.

48.    As a result of the Defect and the monetary costs associated with attempting to repair the Defect, Plaintiff and the other Class members have suffered injury in fact, incurred damages, and have otherwise been harmed by Honda's conduct. Accordingly, Plaintiffs brings this action to redress Honda's violations of the consumer protection statutes of California, and also seek recovery for Honda's breach of express warranty, breach of implied warranty, breach of the duty of good faith and fair dealing, and fraudulent concealment.

**1.    Honda's Warranty-Related Practices**

49.    Honda issued a Limited New Vehicle Warranty with each Class Vehicle.

50.    Under the Limited New Vehicle Warranty, Honda agreed to repair reported defects within the earlier of 3 years or 36,000 miles.  The 2016 Honda Civic warranty manual provides that:

-65-

### Warranty Coverage

Honda will repair or replace any part that is defective in material or workmanship under normal use. [. . .] All repairs/replacements made under this warranty are free of charge. The replaced or repaired parts are covered only until this New Vehicle Limited Warranty expires.

51.     Honda instructs vehicle owners and lessees to bring their vehicles to a Honda-certified dealership for the warranty repairs. Many owners and lessees have presented Class Vehicles to Honda-certified dealerships with complaints related to the Defect.

52.     Honda has evaded its warranty obligations by (1) failing to tell consumers that the Class Vehicles are defective and (2) representing that the Defect is somehow caused or related to the owner's neglect to properly maintain the vehicle. These representations, however, are false because the Class Vehicles are inherently defective and will inevitably fail.

53.     A review of the NHTSA complaint database reveals that the Defect has first manifested at times throughout the duration of the Honda-issued limited warranty, sometimes as early as when the affected vehicle has less than 1,000 miles on the odometer.  But the Defect also frequently manifests shortly after the limited warranty expires, requiring consumers to incur the expense of diagnosing the problem and attempting to correct it, including the purchase of expensive replacement parts and service to repair the Defect.

54.     Indeed, the NHTSA Complaint database provides numerous examples of economic cost to Class Members trying to address the Defect, many of whom were charged thousands of dollars for repairs.

## VI    TOLLING OF STATUTES OF LIMITATIONS

55.     Honda's knowing and active concealment and denial of the facts alleged herein act to toll any applicable statute(s) of limitations. Plaintiff and other Class members could not have reasonably discovered the true, latent nature of the Defect until shortly before commencing this class-action litigation.

56.     In addition, even after Plaintiff and other Class members contacted Honda and/or its authorized dealers to repair the Defect, Honda and/or its dealers repeatedly and consistently told them the Class Vehicles were not defective, even though the Defect's true cause was a defectively designed or manufactured air-conditioning condenser.

57.     Honda has had, and continues to have, a duty to disclose to Plaintiff and the other Class members the true character, quality, and nature of the Class Vehicles, including the facts that the Class Vehicles require costly repairs, pose safety concerns, and have a diminished resale value. As a result of Honda's active concealment, any and all applicable statutes of limitations otherwise applicable to the allegations herein have been tolled.

## VII    CLASS ALLEGATIONS

58.     Plaintiffs bring this action on their own behalf, and on behalf of a nationwide class pursuant to Federal Rules of Civil Procedure, Rules 23(a), 23(b)(2), and/or 23(b)(3).

### **Nationwide Class:**

- All persons or entities in the United States who are current or former owners and/or lessees of a Class Vehicle.

59.     In the alternative to the Nationwide Class, and pursuant to Federal Rules of Civil Procedure, Rule 23(c)(5), Plaintiffs seek to represent the following class of California consumers:

### **California Class:**

- All persons or entities in the state of California who purchased or leased a Class Vehicle.

60.     Together, the Nationwide Class and the California Class shall be collectively referred to herein as the "Class."  Excluded from the Class are Honda, its affiliates, employees, officers and directors, persons or entities that purchased the Class Vehicles

for resale, and the Judge(s) assigned to this case. Plaintiff reserves the right to modify, change, or expand the Class definitions based on discovery and further investigation.

61.    **Numerosity:**  Upon information and belief, the Class is so numerous that joinder of all members is impracticable. While the exact number and identities of individual members of the Class are unknown at this time, such information being in the Honda's sole possession and obtainable by Plaintiff only through the discovery process, Plaintiff believes, and on that basis alleges, that hundreds of thousands of Class Vehicles have been sold and leased in states that are the subject of the Class.

62.    **Existence and Predominance of Common Questions of Fact and Law:** Common questions of law and fact exist as to all members of the Class. These questions predominate over the questions affecting individual Class members. These common legal and factual questions include, but are not limited to, whether:

    a)  The Class Vehicles were sold with defects;

    b)  Honda knew about the Defect but failed to disclose it and its consequences to Honda customers;

    c)  A reasonable consumer would consider the Defect or its consequences to be material;

    d)  Honda should be required to disclose the Defect's existence and its consequences; and

    e)  Honda's conduct violates the California Legal Remedies Act, California Unfair Competition Law, and the other statutes asserted herein.

63.    **Typicality:**  All of Plaintiff's claims are typical of the claims of the Class because Plaintiff purchased the Vehicle with the same air conditioning system defect and defective vehicle design as other Class members. Furthermore, Plaintiff and all members of the Class sustained monetary and economic injuries including, but not limited to, ascertainable losses arising out of Honda's wrongful conduct. Plaintiff advances the same claims and legal theories on behalf of himself and all absent Class Members.

64.    **Adequacy:**  Plaintiff adequately represents the Class because his interests do not conflict with the interests of the Class he seeks to represent, he has retained counsel who are competent and highly experienced in complex class action litigation, and

Plaintiff intends to prosecute this action vigorously. Plaintiff and his counsel are well-suited to fairly and adequately protect the interests of the Class.

65.   **Superiority:**  A class action is superior to all other available means of fairly and efficiently adjudicating the claims brought by Plaintiff and the Class. The injury suffered by each individual Class member is relatively small in comparison to the burden and expense of individual prosecution of the complex and extensive litigation necessitated by Honda's conduct. It would be virtually impossible for Class members on an individual basis to effectively redress the wrongs done to them. Even if Class members could afford such individual litigation, the courts cannot. Individualized litigation presents a potential for inconsistent or contradictory judgments. Individualized litigation increases the delay and expense to all parties and to the court system, particularly where the subject matter of the case may be technically complex.  By contrast, the class action device presents far fewer management difficulties, and provides the benefits of single adjudication, an economy of scale, and comprehensive supervision by a single court. Upon information and belief, individual Class members can be readily identified and notified based on, *inter alia*, Honda's vehicle identification numbers, warranty claims, registration records, and database of complaints.

66.   Honda has acted, and refused to act, on grounds generally applicable to the Class, thereby making appropriate final equitable relief with respect to the Class as a whole.

## VIII   CAUSES OF ACTION

**A.**   **Claims Brought on Behalf of the Nationwide Class**

### COUNT I:

### VIOLATIONS OF THE MAGNUSON-MOSS WARRANTY ACT

### (15 U.S.C. § 2301, *et seq.*)

**(On behalf of the Nationwide Class, or alternatively, the California Class)**

67.   Plaintiff and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

-69-

68.     Plaintiff brings this claim on behalf of himself and on behalf of the Nationwide Class or, alternatively, on behalf of the California Class.

69.     Plaintiff and the Class members are "consumers" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(3).

70.     Honda is a supplier and warrantor within the meaning of 15 U.S.C. §§ 2301(4)-(5).

71.     The Class Vehicles, including Plaintiff's vehicle, are "consumer products" within the meaning of 15 U.S.C. § 2301(1).

72.     Honda's 3 year/36,000 mile limited warranty is a "written warranty" within the meaning of 15 U.S.C. § 2301(6).

73.     Honda breached its express warranties by:

    a)  Selling and leasing Class Vehicles with an air conditioning system that was defective in materials and/or workmanship, requiring repair or replacement within the warranty period; and

    b)  Refusing and/or failing to honor the express warranties by repairing or replacing, free of charge, the air conditioning condenser and/or other parts causing failure of the air conditioning system in the Class Vehicles.

74.     Plaintiff and the other Class members relied on the existence and length of the express warranties in deciding whether to purchase or lease the Class Vehicles.

75.     Honda's breach of the express warranties has deprived Plaintiff and the other Class Members of the benefit of their bargain.

76.     The amount in controversy of Plaintiff's individual claim meets or exceeds the sum or value of $25.00.  In addition, the amount in controversy meets or exceeds the sum or value of $50,000 (exclusive of interests and costs) computed on the basis of all claims to be determined in this suit.

77.     Honda has been given reasonable opportunity to cure its breach of the written warranties. Alternatively, Plaintiff and the other Class members are not required to do so because affording Honda a reasonable opportunity to cure its breach of written warranties was, and is, futile.  Honda was also on notice of the alleged defect from the

complaints and service requests it received from Class members, as well as from their own warranty claims, customer complaint data, and/or parts sales data.

78.    As a direct and proximate cause of Honda's breach of the written warranties, Plaintiffs and the other Class members sustained damages and other losses in an amount to be determined at trial.  Honda's conduct damaged Plaintiff and the other Class Members, who are entitled to recover actual damages, consequential damages, specific performance, diminution in value, costs, including statutory attorney fees and/or other relief as deemed appropriate.

**B.    Claims Brought on Behalf of the California Class**

## COUNT II:

## VIOLATIONS OF THE CONSUMER LEGAL REMEDIES ACT ("CLRA")

### (Cal. Civ. Code § 1750, *et seq.*)

79.    Plaintiff and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

80.    Honda is a "person" as that term is defined in California Civil Code § 1761(c).

81.    Plaintiff and the Class members are "consumers" as that term is defined in California Civil Code §1761(d).

82.    Honda engaged in unfair and deceptive acts in violation of the CLRA by the practices described above, and by knowingly and intentionally concealing from Plaintiff and Class members that the Class Vehicles suffer from a defect(s) (and the costs, risks, and diminished value of the vehicles as a result of this problem). These acts and practices violate, at a minimum, the following sections of the CLRA:

- (a)(5) Representing that goods or services have sponsorships, characteristics, uses, benefits or quantities which they do not have, or that a person has a sponsorship, approval, status, affiliation or connection which he or she does not have;

-71-

- (a)(7) Representing that goods or services are of a particular standard, quality, or grade, or that goods are of a particular style or model, if they are of another; and

- (a)(9) Advertising goods and services with the intent not to sell them as advertised.

83.   Honda's unfair or deceptive acts or practices occurred repeatedly in its trade or business, were capable of deceiving a substantial portion of the purchasing public, and imposed a serious safety risk on the public.

84.   Honda knew that the Class Vehicles' air conditioning systems were defectively designed or manufactured, would fail prematurely, and were not suitable for their intended use.

85.   Honda had the duty to Plaintiff and the Class members to disclose the Defect and the defective nature of the Class Vehicles because:

a) Honda was in a superior position to know the true state of facts about the Defect and associated repair costs in the Class Vehicles;

b) Plaintiff and the Class members could not reasonably have been expected to learn or discover that the Class Vehicles had dangerous defects until manifestation of the defects;

c) Honda knew that Plaintiff and the Class members could not reasonably have been expected to learn about or discover the Defect and its associated repair costs; and

d) Honda actively concealed the Defect, its causes, and resulting effects, by asserting to Plaintiff and Class members that their air conditioning systems failed for reasons other than the Defect.

86.   In failing to disclose the Defect and the associated safety risks and repair costs resulting from it, Honda has knowingly and intentionally concealed material facts and breached its duty to disclose.

87.    The facts Honda concealed or did not disclose to Plaintiff and the Class members are material in that a reasonable consumer would have considered them to be important in deciding whether to purchase the Class Vehicles or pay a lesser price. Had Plaintiff and the Class known the Class Vehicles were defective, they would not have purchased the Class Vehicles or would have paid less for them.

88.    Plaintiff provided Honda with notice of its CLRA violations pursuant to California Civil Code § 1782(a) on December 6, 2019, and currently seeks injunctive relief.  After the 30-day notice period expires, Plaintiff will amend this complaint to seek monetary damages under the CLRA.

89.    Honda's fraudulent and deceptive business practices proximately caused injuries to Plaintiff and the other Class members.

90.    Therefore, Plaintiff and the other Class members seek equitable relief under the CLRA.

### COUNT III:

### VIOLATIONS OF THE CALIFORNIA UNFAIR COMPETITION LAW
### (Cal. Bus. & Prof. Code § 17200)

91.    Plaintiff and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

92.    The California Unfair Competition Law ("UCL") prohibits acts of "unfair competition," including any "unlawful, unfair or fraudulent business act or practice" and "unfair, deceptive, untrue or misleading advertising." Cal. Bus. & Prof. Code § 17200.

93.    Honda has engaged in unfair competition and unfair, unlawful, or fraudulent business practices by the conduct, statements, and omissions described above, and by knowingly and intentionally concealing from Plaintiff and other Class members that the Class Vehicles suffer from the Defect (and the costs, safety risks, and diminished value of the vehicles as a result of these problems). Honda should have disclosed this information because it was in a superior position to know the true facts related to the Defect, and

-73-

Plaintiff and Class members could not have been reasonably expected to learn or discover these true facts.

94. The Defect constitutes a safety issue triggering Honda's duty to disclose.

95. By its acts and practices, Honda has deceived Plaintiff and is likely to have deceived the public. In failing to disclose the Defect and suppressing other material facts from Plaintiff and other Class members, Honda breached its duty to disclose these facts, violated the UCL, and caused injuries to Plaintiff and the Class members. Honda's omissions and acts of concealment pertained to information material to Plaintiff and other Class members, as it would have been to all reasonable consumers.

96. The injuries Plaintiff and the Class members suffered greatly outweigh any potential countervailing benefit to consumers or to competition, and they are not injuries that Plaintiff and the Class members could or should have reasonably avoided.

97. Honda's acts and practices are unlawful because they violate California Civil Code §§ 1668, 1709, 1710, and 1750 et seq., and California Commercial Code § 2313.

98. Plaintiff seeks to enjoin Honda from further unlawful, unfair, and/or fraudulent acts or practices, to obtain restitutionary disgorgement of all monies and revenues Honda has generated as a result of such practices, and all other relief allowed under California Business & Professions Code § 17200.

## COUNT IV

## VIOLATION OF CALIFORNIA FALSE ADVERTISING LAW
### (Cal. Bus. & Prof. Code § 17500, *et seq.*)

99. Plaintiff and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

100. California Business & Professions Code § 17500 states: "It is unlawful for any . . . corporation . . . with intent directly or indirectly to dispose of real or personal property . . . to induce the public to enter into any obligation relating thereto, to make or disseminate or cause to be made or disseminated . . . from this state before the public in

any state, in any newspaper or other publication, or any advertising device, . . . or in any other manner or means whatever, including over the Internet, any statement . . . which is untrue or misleading, and which is known, or which by the exercise of reasonable care should be known, to be untrue or misleading.

101.   Honda caused to be made or disseminated through California and the United States, through advertising, marketing, and other publications, statements that were untrue or misleading, and which were known, or which by the exercise of reasonable care Honda should have known to be untrue and misleading to consumers, including Plaintiff and other Class members.

102.   Honda has violated section 17500 because its misrepresentations and omissions regarding the safety, reliability, and functionality of the Class Vehicles were material and likely to deceive a reasonable consumer.

103.   Plaintiff and the other Class members have suffered injuries in fact, including the loss of money or property, resulting from Honda's unfair, unlawful, and/or deceptive practices. In purchasing or leasing their Class Vehicles, Plaintiff and the other Class members relied on Honda's misrepresentations and/or omissions with respect to the Class Vehicles' safety and reliability. Honda's representations were untrue because it distributed the Class Vehicles with the Defect. Had Plaintiff and the other Class members known this, they would not have purchased or leased the Class Vehicles, or would not have paid as much for them. Accordingly, Plaintiff and the other Class members did not receive the benefit of their bargain.

104.   All of the wrongful conduct alleged herein occurred, and continues to occur, in the conduct of Honda's business. Honda's wrongful conduct is part of a pattern or generalized course of conduct that is still perpetuated and repeated, both in the state of California and nationwide.

105.   Plaintiff, individually and on behalf of the other Class members, requests that the Court enter such orders or judgments as may be necessary to enjoin Honda from continuing its unfair, unlawful, and/or deceptive practices, and restore to Plaintiff and the

Class Action Complaint
Case No. 2:19-cv-10537

other Class members any money Honda acquired by unfair competition, including restitution and/or restitutionary disgorgement, and for such other relief set forth below.

## COUNT V:

### BREACH OF EXPRESS WARRANTY

### (Based on California Law)

106.    Plaintiff and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

107.    Honda provided all purchasers and lessees of the Class Vehicles with the express warranties described herein, which became part of the basis of the parties' bargain.  Accordingly, Honda's warranties are express warranties under state law.

108.    Honda distributed the defective parts causing the Defect in the Class Vehicles, and said parts are covered by Honda's warranties granted to all Class Vehicle purchasers and lessors.

109.    Honda breached these warranties by selling and leasing Class Vehicles with the Defect, requiring repair or replacement within the applicable warranty periods, and refusing to honor the warranties by providing free repairs or replacements during the applicable warranty periods.

110.    Plaintiff notified Honda of its breach within a reasonable time, and/or was not required to do so because affording Honda a reasonable opportunity to cure its breaches would have been futile.  Honda also knew about the Defect but chose instead to conceal the Defect as a means of avoiding compliance with its warranty obligations.

111.    As a direct and proximate cause of Honda's breach, Plaintiff and the other Class members bought or leased Class Vehicles they otherwise would not have, overpaid for their vehicles, did not receive the benefit of their bargain, and their Class Vehicles suffered a diminution in value.  Plaintiff and the Class members have incurred and will continue to incur costs related to the Defect's diagnosis and repair.

112.    Any attempt to disclaim or limit these express warranties vis-à-vis consumers is unconscionable and unenforceable under the circumstances here.

Specifically, Honda's warranty limitations are unenforceable because it knowingly sold a defective product without giving notice of the Defect to Plaintiff or the Class.

113.    The time limits contained in Defendant's warranty period were also unconscionable and inadequate to protect Plaintiff and Class members.  Among other things, Plaintiff and Class members had no meaningful choice in determining these time limitations, the terms of which unreasonably favored Honda.  A gross disparity in bargaining power existed between Honda and the Class members because Honda knew or should have known that the Class Vehicles were defective at the time of sale and would fail well before their useful lives.

114.    Plaintiff and Class members have complied with all obligations under the warranty, or otherwise have been excused from performance of said obligations as a result of Honda's conduct.

## COUNT VI:
## BREACH OF IMPLIED WARRANTY
### (Based on California Law)

115.    Plaintiff and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

116.    Honda was at all relevant times the manufacturer, distributor, warrantor, and/or seller of the Class Vehicles.  Honda knew or had reason to know of the specific use for which the Class Vehicles were purchased.

117.    Honda provided Plaintiff and Class members with an implied warranty that the Class Vehicles and any parts thereof are merchantable and fit for the ordinary purposes for which they were sold.  However, the Class Vehicles are not fit for their ordinary purpose of providing reasonably reliable and safe transportation at the time of sale or thereafter because, inter alia, the Class Vehicles suffered from a Defect in the air conditioning system at the time of sale. Therefore, the Class Vehicles are not fit for their particular purpose of providing safe and reliable transportation.

118.   Honda impliedly warranted that the Class Vehicles were of merchantable quality and fit for such use.  This implied warranty included, among other things: (i) a warranty that the Class Vehicles and their air conditioning systems manufactured, supplied, distributed, and/or sold by Honda were safe and reliable for the purpose for which they were installed; and (ii) a warranty that the Class Vehicles would be fit for their intended use.

119.   Contrary to the applicable implied warranties, the Class Vehicles at the time of sale and thereafter were not fit for their ordinary and intended purpose of providing Plaintiff and the other Class members with reliable, durable, and safe transportation. Instead, the Class Vehicles suffer from a defective design(s) and/or manufacturing defect(s).

120.   Honda's actions, as complained of herein, breached the implied warranty that the Class Vehicles were of merchantable quality and fit for such use.

## COUNT VII:
## COMMON LAW FRAUDULENT CONCEALMENT
## (Based on California Law)

121.   Plaintiff and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

122.   Honda made material omissions concerning a presently existing or past fact. For example, Honda did not fully and truthfully disclose to its customers the true nature of the Defect, which was not readily discoverable until years later.  As a result, Plaintiff and the other Class members were fraudulently induced to lease and/or purchase the Class Vehicles with the said Defect and all problems resulting from it.

123.   Honda made these statements with knowledge of their falsity, intending that Plaintiff and the Class members rely on them.

124.   As a result of these omissions and concealments, Plaintiff and the Class members incurred damages including loss of intrinsic value and out-of-pocket costs related to repair of the systems.

-78-

125.    Plaintiff and the Class members reasonably relied on these omissions and suffered damages as a result.

## COUNT VIII:

## VIOLATIONS OF THE SONG-BEVERLY ACT – BREACH OF IMPLIED WARRANTY

### (Cal. Civ. Code §§ 1792, 1791.1, *et seq.*)

126.    Plaintiff and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

127.    At all relevant times hereto, Honda was the manufacturer, distributor, warrantor, and/or seller of the Class Vehicles. Honda knew or should have known of the specific use for which the Class Vehicles were purchased.

128.    Honda provided Plaintiff and the Class members with an implied warranty that the Class Vehicles, and any parts thereof, are merchantable and fit for the ordinary purposes for which they were sold. The Class Vehicles, however, are not fit for their ordinary purpose because, inter alia, the Class Vehicles suffered from an inherent defect at the time of sale.

129.    The Class Vehicles are not fit for the purpose of providing safe and reliable transportation because of the Defect.

130.    Honda impliedly warranted that the Class Vehicles were of merchantable quality and fit for such use. This implied warranty included, inter alia, the following: (i) a warranty that the Class Vehicles were manufactured, supplied, distributed, and/or sold by Honda were safe and reliable for providing transportation; and (ii) a warranty that the Class Vehicles would be fit for their intended use – providing safe and reliable transportation – while the Class Vehicles were being operated.

131.    Contrary to the applicable implied warranties, the Class Vehicles were not fit for their ordinary and intended purpose. Instead, the Class Vehicles are defective, including, but not limited to, the Defect.

132.   Honda's actions, as complained of herein, breached the implied warranty that the Class Vehicles were of merchantable quality and fit for such use in violation of California Civil Code §§ 1792 and 1791.1.

## IX    PRAYER FOR RELIEF

WHEREFORE, Plaintiff, on behalf of himself and members of the Class, respectfully request that this Court:

a.    determine that the claims alleged herein may be maintained as a class action under Rule 23 of the Federal Rules of Civil Procedure, and issue an order certifying the Class as defined above;

b.    appoint Plaintiff as the representatives of the Class and their counsel as Class counsel;

c.    award all actual, general, special, incidental, statutory, punitive, and consequential damages and restitution to which Plaintiff and members of the Class are entitled under Counts I and III through VIII, but award only restitution and injunctive relief, pursuant to Count II, under California Civil Code § 1780, at this time;

d.    award pre-judgment and post-judgment interest on any monetary relief;

e.    grant appropriate injunctive and/or declaratory relief, including, without limitation, an order that requires Honda to repair, recall, and/or replace the Class vehicles and to extend the applicable warranties to a reasonable period of time, or, at a minimum, to provide Plaintiff and Class Members with appropriate curative notice regarding the existence and cause of the Defect.

f.    award reasonable attorneys' fees and costs; and

g.    grant such further relief that this Court deems appropriate.

Dated:  December 12, 2019                    Respectfully submitted,

McCune Wright Arevalo llp

By:   /s/ David C. Wright
         David C. Wright

-80-

Richard D. McCune
Steven A. Haskins
Mark I. Richards
MCCUNE WRIGHT AREVALO, LLP
3281 E. Guasti, Road, Suite 100
Ontario, California 91761
Telephone: 909-557-1250
Facsimile:      909-557-1275
Email: dcw@mccunewright.com
Email: rdm@mccunewright.com
Email: sah@mccunewright.com
Email: mir@mccunewright.com

Marcus J. Bradley, State Bar No. 174156
Kiley L. Grombacher, State Bar No. 245960
BRADLEY/GROMBACHER, LLP
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Email: mbradley@bradleygrombacher.com
Email: kgrombacher@bradleygrombacher.com

Attorneys for Plaintiff and the Putative Class

-81-

# JURY DEMAND

Plaintiff, on behalf of himself and the putative Class, demand a trial by jury on all issues so triable.

McCune Wright Arevalo LLP

By: __/s/ David C. Wright__

David C. Wright
Richard D. McCune
Steven A. Haskins
Mark I. Richards
MCCUNE WRIGHT AREVALO, LLP
3281 E. Guasti, Road, Suite 100
Ontario, California 91761
Telephone: 909-557-1250
Facsimile:    909-557-1275
Email: dcw@mccunewright.com
Email: rdm@mccunewright.com
Email: sah@mccunewright.com
Email: mir@mccunewright.com

Marcus J. Bradley, State Bar No. 174156
Kiley L. Grombacher, State Bar No. 245960
BRADLEY/GROMBACHER, LLP
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Email: mbradley@bradleygrombacher.com
Email: kgrombacher@bradleygrombacher.com

Attorneys for Plaintiff and the Putative Class

-82-