JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANDRE WONG et al., | CASE NO. 2:19-CV-10537-JLS-KES |
|---|---|
| Plaintiffs, | **JUDGMENT OF DISMISSAL** |
| v. | |
| AMERICAN HONDA MOTOR CO., INC. et al., | |
| Defendants. | |

In light of the Court's Order Granting Defendants' Motion to Dismiss (Doc. 63), and Plaintiff's failure to file an amended complaint within the twenty-one days allotted or at any time thereafter, JUDGMENT OF DISMISSAL is hereby entered.

DATED: October 28, 2022

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE